# EXHIBIT B

2.

EXHIBIT
#3
Rinsky
3/1/17 EOB

2012 00144122
Bk: 59506 Pg: 494 Doc: DEED
Page: 1 of 2 07/12/2012 03:35 PM

Return to
Adam Yourell, Esq.
Gosslin Law
1026 Main St.
Winchester, MA 01890

MASSACHUSETTS EXCISE TAX
Southern Middlesex District ROD # 001
Date: 07/12/2012 03:35 PM
Ctrl# 171276 07629 Doc# 00144122
Fee: $2,553.60 Cons: $560,000.00

74 Wendell Street, Winchester, MA 01890

# QUITCLAIM DEED

We, Salvatore R. Provanzano and Deborah J. Provanzano, being married to each other, both of Winchester, Middlesex County, Massachusetts, for consideration paid of Five Hundred Sixty Thousand Dollars ($560,000.00) grant to Yuri B. Rinsky and Raisa L. Rinsky, husband and wife, as tenants by the entirety, both of 3624 Gardenview Terrace, Fair Lawn, New Jersey 07410

With QUITCLAIM COVENANTS

A certain parcel of land in Winchester, Middlesex County, being the greater portion of Lots 91, 92, 93, and 94, as shown on plan of House Lots in Winchester, Mass., belonging to the Suburban Land Improvement Company, L.G. Hawkes, C.E. dated September 1891, recorded with the Middlesex South Registry of Deeds in Plan Book 71, Plan 49, bounded and described as follows:

| | |
|---|---|
| EASTELRY | by Kirk Street one hundred and 08/100 (100.08) feet; |
| SOUTHERLRY | by Wendell Street, sixty-five (65) feet; |
| WESTERLY | by the remaining portion of said Lots 91 to 94, inclusive, one hundred and 08/100 (100.08) feet; |
| NORTHERLY | by Lots 17-20, inclusive, shown on said plan, sixty-five (65) feet. |

Hereby conveying the greater portion of the premises conveyed to Frank J. Langford, et al., by two deeds, one from the Moore Securities Company dated April 16, 1929, recorded with said Deeds Book 5372, Page 144, and the other one from Catherine E. Monahan, dated June 6, 1928, recorded with said Deeds in Book 5625, Page 442.

Said premises are conveyed subject to taxes assessed for Fiscal Year 2013, and restrictions of record, if any, so far as in force and applicable.

Being the same premises conveyed to us by deed of John J. McDonald, dated December 15, 1994, and recorded with the Middlesex South Registry of Deeds in Book 25061, Page 014.

S2

2016 00024698
Bk: 66810 Pg: 540 Doc: STATE
Page: 1 of 2 02/17/2016 09:34 AM

## NOTICE OF CONTRACT AND LIEN AND ✓ STATEMENT OF ACCOUNT

Notice is hereby given pursuant to G.L. c. 254, §§ 2 and 8, that by virtue of a written contract entered into on or about March 31, 2015 by and between **Karina Money, acting on behalf and with the consent of Yury B. Rinsky and Raisa L. Rinsky** (Owners) and **Home Improvements Plus, LLC,** (Contractor) said Home Improvements Plus, LLC, is to furnish or has furnished labor or material, or both labor and material, or is to furnish or has furnished rental equipment, appliances or tools for the erection, alteration, repair, or removal of a building, structure, or other improvement on a lot of land or other interest in real property for Karina Money, with the apparent consent of Yury B. Rinsky and Raisa L. Rinksi, owners of a lot of land or other interest in real property known and numbered as 79 Wendell Street, Winchester, MA 01890, being the same premises conveyed by deed dated July 6, 2012, and recorded in Southern Middlesex District Registry of Deeds in Book 59506, Page 494.

As of the date of this notice, an account of said contract is as follows:

| | |
|---|---|
| Original Contract price | $21,275.00 |
| Change Order 1 | $1,500.00 |
| Change Order 2 | $3,645.00 |
| Change Order 3 | $2,715.00 |
| Change Order 4 | $2,070.00 |
| Change Order 5 | $1,780.00 |
| Change Order 6 | $1,267.79 |
| Change Order 7 | $410.32 |
| Change Order 8 | $578.52 |
| Change Order 9 | ($160.00) |
| Change Order 10 | $704.75 |
| Change Order 11 | $1,571.75 |
| Change Order 12 | $1,459.99 |
| Change Order 13 | $1,689.32 |
| Change Order 14 | $553.75 |
| Change Order 15 | $725.16 |
| Change Order 16 | $800.00 |
| Change Order 17 | $263.62 |
| Change Order 18 | $204.50 |
| Change Order 19 | $189.52 |
| Change Order 20 | $200.00 |
| Change Order 21 | $1,767.54 |

ntc Cnt
66708-230

79 Wendell St. Win

Lane + Hamer
100 Main St
Whitinsville. MA
01588

| | |
|---|---|
| Payments received | ($30,545.33) |
| Balance Outstanding | $15,266.20 |

The regular mailing address of the party recording or filing this notice is as follows:

Home Improvements Plus, LLC
211 Randall Road
Stow, MA 01775

With a copy to: Henry J. Lane, Esq.
Lane and Hamer, PC
100 Main Street
Whitinsville, MA 01588

Witness the execution hereof under seal this 4th day of February, 2016.

Home Improvements Plus, LLC

By ______________________
HENRY J. LANE, Agent

**COMMONWEALTH OF MASSACHUSETTS**

Worcester County

On this 4th day of February, 2016, before me, the undersigned notary public, personally appeared Henry J. Lane, personally known to me to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

______________________
Shayne J. Picard, Notary Public
My commission expires: 8/28/2020

SHAYNE J. PICARD
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
August 28, 2020

9

2016 00011834
Bk: 66708 Pg: 230 Doc: LIEN
Page: 1 of 2 01/22/2016 12:16 PM

# NOTICE OF CONTRACT

Notice is hereby given that by virtue of a written contract dated March 31, 2015 between **Karina Money, acting on behalf and with the consent of Yury B. Rinsky and Raisa L. Rinsky** (owner) and **Home Improvements Plus, LLC,** (contractor) said **Home Improvements Plus, LLC,** is to furnish or has furnished labor or material, or both labor and material, or is to furnish or has furnished rental equipment, appliances or tools, in the erection, alteration, repair or removal of a building, structure or other improvement of real property on a lot of land or other interest in real property described as follows:

Land and buildings located at 79 Wendell Street, Winchester, MA 01890, recorded in

Southern Middlesex District Registry of Deeds in Book 59506, Page 494.

The regular address of the party recording or filing this notice is as follows:

Home Improvements Plus, LLC
211 Randall Road, Stow, MA 01775.

Witness the execution hereof under seal this 15th day of January, 2011.

Home Improvements Plus, LLC
By________________
Henry J. Lane, Agent

RETURN TO
**LANE AND HAMER, P.C.**
100 MAIN STREET
WHITINSVILLE, MA 01588

**COMMONWEALTH OF MASSACHUSETTS**

Worcester County

On this 15th day of January, 2016, before me, the undersigned notary public, personally appeared Henry J. Lane, personally known to me, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Nancy A. Lavallee

Nancy A. Lavallee, Notary Public
My commission expires: 8/12/2016

TM 6074.164

NANCY A. LAVALLEE
MY COMM. EXPIRES AUG. 12, 2016
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS