# EXHIBIT C

EXHIBIT
PENGAD 800-631-6989
#4
Kinsky
3/1/17 EOB

Middlesex South Registry of Deeds

# Electronically Recorded Document

This is the first page of the document - Do not remove

---

## Recording Information

| | |
|---|---|
| Document Number | : 195682 |
| Document Type | : DEED |
| Recorded Date | : December 19, 2014 |
| Recorded Time | : 11:12:39 AM |
| Recorded Book and Page | : 64685 / 297 |
| Number of Pages(including cover sheet) | : 4 |
| Receipt Number | : 1765711 |
| Recording Fee (including excise) | : $1,949.00 |

*************************************************
MASSACHUSETTS EXCISE TAX
Southern Middlesex District ROD # 001
Date: 12/19/2014 11:12 AM
Ctrl# 216881 32100 Doc# 00195682
Fee: $1,824.00 Cons: $400,000.00
*************************************************

**Middlesex South Registry of Deeds**
**Maria C. Curtatone, Register**
**208 Cambridge Street**
**Cambridge, MA 02141**
**617-679-6300**
**www.cambridgedeeds.com**

Property & Grantee Address: 7 Conant Road, UNit 9, Winchester, MA

# Fiduciary Deed

I, Robin D. Silverstein, of Mt. Sinai, New York, Personal Representative of the estate of Faith Kaplan, late of Unit 9, 7 Conant Road, Winchester, Middlesex County, Massachusetts, by License of the Middlesex Probate Court, for consideration paid of four hundred thousand dollars ($400,000.00) grant to Yury B. Rinsky and Raisa L. Rinsky, husband and wife, tenants by the entirety, and Karina Money, all as joint tenants with right of survivorship, of 36-24 Gardenview Terrace, Fair Lawn, New Jersey 07410

The Condominium Unit known as Unit 9, 7 Conant Road, Unit 9, Winchester, Massachusetts at The Willows at Winchester Condominium, created in accordance with the provisions of Massachusetts General Laws Chapter 183A (hereinafter called "Chapter 183A"), by a Master Deed dated December 15, 1997 (hereinafter called the "Master Deed"), , and duly recorded with the Middlesex South Registry of Deeds (hereinafter called the "Registry") on January 13, 1998, in Book 28073, Page 42, as amended. The post office address of the Condominium is 7 Conant Road, Winchester, Middlesex County, Massachusetts 01890. The land is described in the Master Deed. This Deed and the Subject Unit and the Condominium are subject to the provisions of Massachusetts General Laws, Chapter 183 A ("Condominium").

The Subject Unit is shown on the Master Plans of the Condominium filed in the Middlesex South District Registry of Deeds as set forth hereinabove and on the Unit Plan of the Subject Unit, which is attached to the original Unit Deed and the verified statement of a registered architect in the form required by Massachusetts General Laws, Chapter 183A, Sections 8 and 9, is affixed to said Master Plans and Unit Plan.

<u>The Subject Unit is hereby conveyed together with:</u>

1. An undivided 5.82 percent interest in the Common Areas and Facilities described in the Master Deed appertaining to the Subject Unit; and;

2. An easement, as an appurtenance to the Subject Unit, for the exclusive use of Garage Parking Space Number 44 in the Condominium as shown on the plan recorded with the Master Deed; and

3. An easement, as an appurtenance to the Subject Unit for the exclusive use of Storage Room 9 in the Condominium described in the Master Deed; and

4. An easement for the continuance of all encroachments by the Subject Unit on the adjoining units or on the common areas and facilities existing as a result of construction of the Building, or which may come into existence hereafter as a result of:

(1) settling of the building, or (2) condemnation or eminent domain proceedings, or (3) alteration or repair of the common areas and facilities or any part thereof done pursuant to the provisions of the Master Deed as the same may be from time to time amended, or the provisions of the Declaration of Trust of The Willows at Winchester Condominium Trust as the same may be from time to time amended, or (4) repair or restoration of the Building or any unit therein after damage by fire or other casualty; and

5. An easement to use all pipes, wires, flues, ducts, conduits, plumbing lines and other portions of the common areas and facilities located in the other units and serving the Subject Unit.

The Subject Unit is hereby conveyed subject to all easements, provisions, rights, obligations, agreements, restrictions, terms and uses as set forth in the original unit deed from The Willows at Winchester, LLC. recorded with Middlesex South District Registry of Deeds in Book 28090, Page 567.

For title reference see deed from James W. Miller and Kathryn Miller a/k/a Kathryn Chambers to Faith A. Kaplan, dated August 30, 1999, recorded in Middlesex South District Registry of Deeds in Book 30633, Page 403. See also Grant of Easement dated November 20, 2014 and recorded at Middlesex South Registry of Deeds at Book 64595, Page 43.

For the appointment of Robin D. Silverstein as Personal Representative, see papers on file at Middlesex Probate Court, Docket No. MI14P3730EA.

Witness my hand and seal, this 29 day of November, 2014

Robin D. Silverstein, Personal Representative

**STATE OF NEW YORK**

**COUNTY OF** Suffolk

On this 29 day of November, 2014, before me, the undersigned notary public, personally appeared Robin D. Silverstein, who is/are personally known to me, or who proved to me through satisfactory evidence of identification, which was _________ to be the person(s) whose name(s) is/are signed on the preceding document or attached document, and acknowledged to me that he/she/they signed it voluntarily for its stated purpose.

Notary Public
My Commission Expires 11/17/2016

VINCENT PERS
Notary Public, State of New York
No. 01PE6196387
Qualified in Suffolk County
Commission Expires November 17, 2016