# EXHIBIT D

EXHIBIT
#3
Rinsky
3/1/12 DOB

7 Conant Road, Unit 9, Winchester, MA

Filing Fee $35

# The Commonwealth of Massachusetts

**William Francis Galvin**, Secretary of the Commonwealth

## Declaration of Homestead for Homes Owned By Natural Persons *(General Laws Chapter 188)*

*In situation where the home is owned by multiple owners, each owner may Be best served to complete a separate declaration of homestead.*

[ ] I, ______________________________
*(insert name of owner)*

[✓] We, Yury B Rinsky
*(insert name of owner)*
Raisa L Rinsky

Hereby declare homestead pursuant to M.G.L. c. 188 and state that I/we own the home described below and occupy or intend to occupy the home as my/our principal residence.

**Owner Information**

2. Check all that apply:

☐ I/we, ______________________________ am elderly (62 years of age or older).
*(insert name (s))*

[ ] I/we, ______________________________
*(insert name (s))*
am/are disabled (have a physical or mental impairment that meets the disability requirements for Supplementary Security Income under 42 U.S.C. 1382c(a)(3)(A) and 42 U.S.C. 1382c(a)(3)(C). One of the following must be attached: 1) an original or certified copy of a disability award letter issued to the person by the United States Social Security Administration, or 2) a letter signed by a physician registered with the board of registration in medicine certifying that each person meets the disability requirements stated
in 42 U.S.C. 1382c(a)(3)(C).

☐ I am married to, ______________________________.
Who is not a co-owner of the home but who occupies or intends to occupy the home as his/her principal residence.

**Home Information**

3. Address: 7 Conant Road Unit No.: 9 Winchester ______________ Massachusetts
*(street number and name, city/town)*



Tedesco Law Offices, P.C.
88 Main Street
Woburn, MA 01801

4. Select **ONE** of the following:

☐ Deed is recorded in Middlesex South Registry of Deeds in HERE and WITH
*(district/county)* *(book)* *(page)*

☐ Certificate of Title ________ registered in the Land Registration Office ________ and ________
*(number)* *(book)* *(page)*

☐ Inheritance from ________________________ ,Docket number
*(name of previous owner)*

☐ ________________ in ________________
*(number)* *(county)*

For manufactured homes, license number ________________
*(number)*

5. I/we, whose names are signed on this document, acknowledge that I/we sign it voluntarily for its stated purpose

**To be signed by Applicant(s) in front of Notary Public.**

Signed under pains and penalties of perjury this

18th day of December , 2014

X Yury B Rinsky X Raisa L Rinsky

**For Use by Notary Public Only:**

**COMMONWEALTH OF MASSACHUSETTS**

Middlesex ,ss

December 18 , 2014 before me the undersigned notary public, personally appeared Yury B Rinsky , Raisa L Rinsky
*(name(s) of the document signer(s))*

proved to me through satisfactory evidence of identification, which were NJ Driver's License
*(drivers license, passport, etc.)*

to be the person(s) who signed the preceding attached document in my presence, ~~and~~ who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his) (her)(their) knowledge and belief.

Notary Public: Robert W. Tedesco

My commission expires: October 16, 2020



ROBERT W. TEDESCO
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
October 16, 2020