# EXHIBIT E

EXHIBIT
#10
Ripsky
3/17 DD

**From:** Michael Salman <msalman104@aol.com>
**Date:** February 16, 2017 at 5:24:18 PM EST
**To:** yrinsky@yahoo.com
**Subject: Listing**

I can not locate original listing that you signed
Looks like it's in one of the boxes in the basement of our office
This is a copy of MLS listing
As you see house was listed on 3/29/15 and sold on 5/27/15
Michael

Re/Max Properties Select

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED

Residential

2/16/2017 5:17 P.M.

**Full Report**

Est. Monthly Payment Nearby Transactions



| | | | | | |
|---|---|---|---|---|---|
| Last LP: | [illegible] | 3/29/2015-9/29/2015 | | MLS#: | [illegible] |
| Addr: | [illegible] Garden View Ter | | | | RES/S |
| Town: | Fair Lawn | | | | |
| Block: | [illegible] | Lot: | 00011 | Zip: | 07410 |
| County: | BERGEN | County Loc: | [illegible] | Area#: | 0217 |
| Direct: | [illegible] | | | | |
| Orig LP: | [illegible] | LSP: | [illegible] | LB#: | 1425 |
| Sold: | [illegible] | SBP: | [illegible] | SB: | [illegible] |
| SD: | 5/27/2015 | UCD: | 4/9/2015 | DOM: | 12 |
| Buyer: | [illegible] | | | | CASH |
| Clg/Fin: | [illegible] | | | | |

| Rooms | Bedrooms | Full-Baths | Half-Baths | Master Bath | Style | Sub-Style |
|---|---|---|---|---|---|---|
| [illegible] | 3 | 1 | 0 | No | Cape Cod | Other |
| Taxes | Approx Lot Dim | Approx Lot SqFt | | Approx Lot Frontage | Sewer | Water Source |
| [illegible] | [illegible] | 6050 | | [illegible] | Municipal | Municipal |

1st Flr: EF LR [illegible] bath

Basement: full part finished, laundry room

EL: Henry B. Milnes E.S.

JH: Thomas Jefferson M.S.

SH: Fairlawn H.S.

For Lease: No

Municipal Assessments:

Items Not Incl:

Association: None

Garage: Attached, 1 Car

Cooling: Central Air

Basement: Full, [illegible]

Ownership: Private

Views/Exp: None

Possession: [illegible]

Showing Instructions