# EXHIBIT G

EXHIBIT
18
Rinsky
3/1/17 LOB

----- Forwarded Message -----
From: Michael Salman <msalman104@aol.com>
To: Yura Raya <yrinsky@yahoo.com>
Sent: Thursday, April 9, 2015 10:54 AM
Subject: Fwd: Yaar from Rinsky - 36-24 Garden View Terr, Fair Lawn, NJ

Please follow up
Michael

Sent from Michael's iphone

Begin forwarded message:

**From:** Chander Singh <csinghesq@gmail.com>
**Date:** April 9, 2015 at 10:16:42 AM EDT
**To:** Michael Salman <msalman104@aol.com>
**Subject: Fwd: Yaar from Rinsky - 36-24 Garden View Terr, Fair Lawn, NJ**

I have left the Sellers attorney to messages and please see below.

Thank you

Chander

---------- Forwarded message ----------
From: **Chander Singh** <csinghesq@gmail.com>
Date: Thu, Apr 9, 2015 at 10:10 AM
Subject: Fwd: Yaar from Rinsky - 36-24 Garden View Terr, Fair Lawn, NJ
To: "Laura (Bruria) Bussi" <bussirealtor@gmail.com>

Hi Laura,

Here was the Fax and Email I sent to the attorney 6 days ago on this matter, plus I have called twice.

Here is the FAX confirmation that he received same.