# EXHIBIT I

EXHIBIT
#11
Rinsky
3/1/17 EB
PENGAD 800-631-6989

**From:** Yury Rinsky
**Sent:** Sunday, May 17, 2015 3:59 PM
**To:** Colin Reid
**Subject:** Moving to Boston

Colin,

As discussed I will be moving to Boston on 5/27/2015 for family reasons and need to take 4 personal days after Memorial Day (5/26 – 5/29).

I am confident that I can continue to work to the best of my ability remotely. I look forward to sitting down with you and coming up with an arrangement that benefits all involved.

Thanks