# EXHIBIT J

EXHIBIT #12 Rinsky 3/1/17 EDK

Message

**From:** Colin Reid [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AE8251919ACE498CAFAF885A195F3D8C-COLIN.REID@CUSHWAKE.COM]
**Sent:** 5/13/2015 10:06:29 PM
**To:** Yury Rinsky [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce36e599c3df438cafff903700d2deb5-Yury.Rinsky@cushwake.com]; Anna Kleynshteyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4e766a5cd82047d4bbdc573423a549b0-Anna.Kleynshteyn@cushwake.com]
**Subject:** As400 problems

I have been recalled to NY for "two" weeks. I will setup up a conference call with the 3 of us for tomorrow.

Working remotely is being revoked for both of you effective next week, until Workday tasks are completed and approved by management.

Sent from my Verizon 4G LTE Smartphone