# EXHIBIT L

EXHIBIT #14 Rinsky 3/1/17 [illegible]

PENGAD 800-631-6989



John S. Hogan
Bergen County Clerk

**Bergen County Clerk**
One Bergen County Plaza
Hackensack, NJ 07601
(201) 336-7000
www.bergencountyclerk.org

NOT A CERTIFIED COPY

**INSTRUMENT # 15-041607**
**V 01960 0974**
**RECORDED DATE:** 06/09/2015 12:19:27 PM

| | |
|---|---|
| **Document Type:** Deed - Senior Citizen | **Transaction #:** 6871292<br>**Document Page Count:** 5<br>**Operator Id:** CLERK |
| **RETURN TO:**<br>CUAN & SINGH PC<br>1341 TEANECK RD<br>TEANECK NJ 07666 | **SUBMITTED BY:** |
| **PRIMARY NAME** | **SECONDARY NAME** |
| YURY RINSKY | 36-24 GARDEN VIEW TERRACE LLC |

**ASSOCIATED DOCUMENT(S):**

**MUNICIPALITY:** FAIR LAWN
**CONSIDERATION AMT:** $336,000.00
**LOT:** 11
**BLOCK:** 2606

**FEES / TAXES:**

| | |
|---|---|
| Recording Fee: Deed - Senior Citizen | $40.00 |
| Additional Pages Fee | $40.00 |
| Basic Fee - County | $336.00 |
| N.J.A.H.T.F Fee | $279.00 |
| Homeless Trust Fund - Bergen County | $3.00 |
| **Total:** | $698.00 |

**INSTRUMENT #: 15-041607**
**Recorded Date:** 06/09/2015 12:19:27 PM

I hereby CERTIFY that this document is recorded in the Clerk's Office in Bergen County, New Jersey.

SEAL OF BERGEN COUNTY NEW JERSEY

John S. Hogan

**John S. Hogan**
**Bergen County Clerk**

## OFFICIAL RECORDING COVER PAGE



# PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

**NOTE: If document data differs from cover sheet, document data always supersedes.**
***COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.**

2A
3/23/

15-041607 Deed - Senior Citizen
V Bk: 01960 Pg: 0974-0979 Rec. Fee $83.00
John S. Hogan, Bergen County Clerk
Recorded 06/09/2015 12:19:27 PM

| | |
|---|---|
| Consideration | : $336,000.00 |
| Realty Transfer Fee | : $615.00 |
| State Portion | : $0.00 |
| County Portion | : $336.00 |
| Municipality Portion | : $279.00 |

# Deed

This Deed is made on **May 25, 2015**

BETWEEN **Yury Rinsky** **Raisa Rinsky**

**Husband and Wife**

whose post office address is **36-24 Garden View Terrace**
**Fair Lawn, NJ 07410**

referred to as the Grantor,

AND **36-24 Garden View Terrace Limited Liability Company**

whose post office address is **36-24 Garden View Terrace**
**Fair Lawn, NJ 07410**

referred to as the Grantee.

NOT A CERTIFIED COPY

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of **$336,000.00** **Three Hundred Thirty-Six Thousand Dollars and No Cents**.

The Grantor acknowledges receipt of this money.

2. **Tax Map Reference.** (N.J.S.A. 46:26A-3) Municipality of Fair Lawn Block No. **2606**, Lot No. **11**, Qualifier No. ______ and Account No. ______.

☐ No lot and block or account number is available on the date of this Deed. (Check box if applicable.)

3. **Property.** The Property consists of the land and all the buildings and structures on the land in the **Borough** of **Fair Lawn**, County of **Bergen** and State of New Jersey.

The legal description is:

☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check box if applicable.)

**Yury Rinsky and Raisa Rinsky, his wife , by Deed from Alan B. Lash and Faye M. Lash, his wife a/k/a Alan Lash and Faye Lash, husband and wife, dated May 28, 1987, recorded June 8, 1987, in the Bergen County Clerk's/Registere/s Office in Book 7114, Page 422.**

Prepared by: [signature]

**James Harrison Banks, Esq.**

(For Recorder's Use Only)

## Legal Description

NOT CERTIFIED COPY

All that certain lot, parcel or tract of land situated and lying in the Borough of Fair Lawn, County of Bergen, and State of New Jersey and being more particularly bounded and described as follows:

Beginning at a point marked by a capped pin found on the southerly R.O.W. line of Garden View Terrace (50' R.O.W.), said point being a distance of 345.00' northwesterly along various courses from the intersection of the westerly line of Garden View Terrace with the northerly R.O.W. line of Ferry Heights, as the same is extended and running; thence

1) S00°09'10"W, a distance of 110.00 feet to a point; thence
2) N89°50'50"W, a distance of 55.00 feet to a point; thence
3) N00°09'10"E, a distance of 110.00 feet to a point; thence
4) S89°50'50"E, a distance of 55.00 feet to the Point and Place of Beginning.

Subject to Zoning Ordinances, Easements, Covenants and Restrictions of record and any other rights to the public in the roads herein mentioned.

Being known and designated as Lot 11 in Block 2606 as shown on a certain map entitled "Section Map No. 2, Garden View Borough of Fair Lawn, Bergen County , N.J." said map was filed in the Bergen County Clerk's Office on April 13, 1942 as Map No. 3309.

Being in accordance with a survey of said premises prepared by Morgan Engineering, LLC, Service@MorganEngineeringLLC.com , dated April 14, 2015, marked project #15-1930

Also known as Lot 11 in Block 2606 on the official tax maps of the Borough of Fair Lawn, Bergen County, New Jersey.

YR – 68

NOT A CERTIFIED COPY

The street address of the Property is:
**36-24 Garden View Terrace**
**Fair Lawn, NJ 07410**

4. **Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature).

Witnessed By:

______________________________ (Seal)
**Yury Rinsky**

______________________________ ______________________________ (Seal)
**James Harrison Banks, Esq.** **Raisa Rinsky**

STATE OF NEW JERSEY, COUNTY OF **BERGEN** SS:
I CERTIFY that on **May 25, 2015**

**Yury Rinsky** **Raisa Rinsky**
personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed;
(b) executed this Deed as his/her own act; and
(c) made this Deed for $ 336,000.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

RECORD AND RETURN TO:
**Cuan & Singh**

**1341 Teaneck Road**
**Teaneck, NJ 07666**

**James Harrison Banks, Esq.**
**Attorney at Law, State of New Jersey**
*Print name and title below signature*

GIT/REP-3
(5-12)

State of New Jersey

# SELLER'S RESIDENCY CERTIFICATION/EXEMPTION

(C.55, P.L. 2004)

NOT A CERTIFIED COPY

(Please Print or Type)

**SELLER(S) INFORMATION (See Instructions, Page 2)**

Names(s)
Yury Rinsky and Raisa Rinsky

Current Resident Address:
Street: 36-24 Garden View Terrace

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Fair Lawn | NJ | 07410 |

**PROPERTY INFORMATION (Brief Property Description)**

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 2606 | 11 | |

Street Address:
36-24 Garden View Terrace

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Fair Lawn | NJ | 07410 |

| Seller's Percentage of Ownership | Consideration | Closing Date |
|---|---|---|
| 100.00 | ~~$ 340,000.00~~ 336,000.00 YR RR | 5/25/15 |

**SELLER ASSURANCES (Check the Appropriate Box) (Boxes 2 through 10 apply to Residents and Non-residents)**

1. ☒ I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.
2. ☐ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.
3. ☐ I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. ☐ Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:1-1 et seq.
6. ☐ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.
7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale (see instructions).
   ☐ No non-like kind property received.
8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.
9. ☐ The property being sold is subject to a short sale instituted by the mortgagee, whereby the seller has agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. ☐ The deed being recorded is a deed dated prior to the effective date of P.L. 2004, c. 55 (August 1, 2004), and was previously unrecorded.

**SELLER(S) DECLARATION**

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☐ I certify that the Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

5/25/15
Date

[signature]
Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

5/25/15
Date

[signature]
Signature

YR – 70

MUST SUBMIT IN DUPLICATE
NC1645 - Affidavit of Consideration
RTF-1 (Rev. 7/14/10) P2/14

Printed by ALL-STATE LEGAL®
www.aslegal.com 800.222.0510 Page 1

STATE OF NEW JERSEY

# AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER

(Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)

**BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.**

STATE OF NEW JERSEY } SS. County Municipal Code 0217

COUNTY BERGEN

Municipality of Property Location: Fair Lawn

**FOR RECORDER'S USE ONLY**
Consideration $ 336000
RTF paid by seller $ 615 †
Date ________ By ________

† Use symbol "C" to indicate that fee is exclusively for county use.

NOT A CERTIFIED COPY

(1) PARTY OR LEGAL REPRESENTATIVE *(Instructions 3 and 4 attached)*
Deponent, Yury Rinsky (Name), being duly sworn according to law upon his/her oath deposes and says that he/she is the Grantor (Grantor, Legal Representative, Corporate Officer, Officer of Title Co., Lending Institution, etc.) in a deed dated 5/25/15 transferring real property identified as Block No. 2606, Lot No. 11 located at 36-24 Garden View Terrace, Fair Lawn, NJ 07410 (Street Address, Town) and annexed thereto.

(2) CONSIDERATION: $3[illegible] 376 000 *(Instructions 1 and 5)* ☐ no prior mortgage to which property is subject.

(3) Property transferred is Class 4A 4B 4C (circle one). If property transferred is Class 4A, calculation in Section 3A is required.

(3A) REQUIRED CALCULATION of Equalized Valuation for all Class 4A (Commercial) Property Transactions: *(Instructions 5 and 7)*

Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation
$ ________ ÷ ________% = $ ________

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

(4) FULL EXEMPTION FROM FEE: *(Instruction 8)*
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to the exemption symbol is insufficient. Explain in detail. ________

(5) PARTIAL EXEMPTION FROM FEE: *(Instruction 9)* NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption.
Deponent claims that this deed transaction is exempt from the State's portion of the Basic, Supplemental and General Purpose Fee, as applicable, imposed by C. 176, P.L. 1975; C. 113, P.L. 2004 and C. 66, P.L. 2004 for the following reason(s): ________

A. SENIOR CITIZEN *(Instruction 9)*
- ☒ Grantor(s) 62 years of age or over*
- ☒ Owned and occupied by grantor(s) at time of sale
- ☒ One- or two-family residential premises
- ☒ Resident of the State of New Jersey
- ☒ Owners as joint tenants must all qualify

B. BLIND PERSON *(Instruction 9)*
- ☐ Grantor(s) legally blind*
- ☐ Owned and occupied by grantor(s) at time of sale
- ☐ One- or two-family residential premises
- ☐ Resident of the State of New Jersey
- ☐ Owners as joint tenants must all qualify

* IN THE CASE OF HUSBAND AND WIFE OR STATUTORY PARTNER, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

DISABLED PERSON *(Instruction 9)*
- ☐ Grantor(s) permanently and totally disabled*
- ☐ Grantor(s) receiving disability payments*
- ☐ Grantor(s) not gainfully employed*
- ☐ Owned and occupied by grantor(s) at time of sale
- ☐ One- or two-family residential premises
- ☐ Resident of the State of New Jersey
- ☐ Owners as joint tenants must all qualify

C. LOW AND MODERATE INCOME HOUSING *(Instruction 9)*
- ☐ Affordable according to HUD standards
- ☐ Meets income requirements of region
- ☐ Reserved for occupancy
- ☐ Subject to resale controls

(6) NEW CONSTRUCTION *(Instructions 2, 10 and 12)*
- ☐ Entirely new improvement
- ☐ Not previously used for any purpose
- ☐ Not previously occupied
- ☐ "New Construction" printed clearly at top of the first page of the deed

(7) RELATED LEGAL ENTITIES TO LEGAL ENTITIES *(Instructions 5, 12 and 14)*
- ☐ No prior mortgage assumed or to which property is subject at time of sale
- ☐ No contributions to capital by either grantor or grantee legal entity
- ☐ No stock or money exchanged by or between grantor or grantee legal entities

(8) Deponent makes this Affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me this Twenty-Fifth day of May, 2015

[signature]
Signature of Deponent
36-24 Garden View Terrace
Fair Lawn, NJ 07410
Deponent Address

Yury Rinsky
Grantor Name
36-24 Garden View Terrace
Fair Lawn, NJ 07410
Grantor Address at Time of Sale

[signature]
Notary Public
James Harrison Banks, Esq

XXX-XX-X 0 3 2
Last 3 digits in Grantor's Soc. Sec. No.

Cuan & Singh
Name/Company of Settlement Officer

**FOR OFFICIAL USE ONLY**
Instrument Number ________ County ________
Deed Number ________ Book ________ Page ________
Deed Dated ________ Date Recorded ________

When section 3A is completed, county recording officers shall forward one copy of each Affidavit of Consideration for Use by Seller to: