# EXHIBIT M

EXHIBIT
PENGAD 800-631-6989
47
Rinsky
3/1/17 ECB

Message

**From:** Katrina Hicks [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=85DCD06D104344C784F820EBD301354E-KATRINA HIC]
**Sent:** 6/22/2015 9:15:39 PM
**To:** Colin Reid [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae8251919ace498cafaf885a195f3d8c-Colin.Reid@cushwake.com]
**Subject:** FW: Employment status with C&W
**Attachments:** Moving to Boston; RE: Moving to Boston; RE: Missed conversation with Scott Sommer

I spoke with Yury and I am managing , we need to discuss in the morning, then speak with Craig regarding options.

**From:** Yury Rinsky
**Sent:** Monday, June 22, 2015 4:51 PM
**To:** John Santora
**Cc:** Katrina Hicks; Colin Reid; yrinsky@yahoo.com
**Subject:** FW: Employment status with C&W

John,

Please help me understand my abrupt termination. As you know I have been an employee for over 27 years. I recently moved to Boston with the expectation that I would continue to work remotely until a cubicle in the Boston office was set up. My move was approved by my direct manager and I put my house on the market. If my manager did not approve my move I would not sell my house and moved to Boston. I am upset and confused by the course of today's events. This morning I was told that I should forcibly resign and my manager sent me an email with specifics about my letter of resignation to human resources. I have no intention of resigning today or ever. I have done my job for almost three decades exceeding every expectation and I think am still very useful to the company. I am forwarding you the correspondence between my direct manager and human resources. Please help me make sense of this and let me know if there is anything you can do to help.

I appreciate your help.

Yury

**From:** Yury Rinsky
**Sent:** Monday, June 22, 2015 4:14 PM
**To:** Katrina Hicks
**Cc:** 'yrinsky@yahoo.com'
**Subject:** FW: Employment status with C&W

Katrina,

Per our conversation earlier today I am once again advising you that I will not be resigning from my position after twenty-seven years of service. Per my annual reviews my job exceeds expectations.
My move to Boston was approved by my manager and I was told to work remotely until I was given a workspace in C&W Boston office. I am not familiar with the formal protocols you mentioned, and my manager never advised me that such protocols exist. Once I received the approval, I sold my house and moved to Boston. The move to Boston has not

impacted my ability to perform my job in any way. My expectation based on conversation and correspondence with my manager was that I would work remotely until he set up my Boston office cubicle. I would like to know why everything was changed today and why I am being asked to resign.

**From:** Colin Reid
**Sent:** Monday, June 22, 2015 9:39 AM
**To:** Yury Rinsky
**Cc:** Colin Reid; Andrew Hamilton
**Subject:** Employment status with C&W

Yuri,
This is the response that HR is expecting from you based on our conversation this morning:

---

***Send email to: me,***

***Andrew.hamilton@cushwake.com***

***Katrina.hicks@cushwake.com***

***After informing you of my decision to relocate and understanding the need for my role is located in the C&W NY office, I have decided not to continue my employment. Therefore I formally resign and my last day with C&W will be June 22, 2015.***

---

Any additional questions will be answered by Katrina Hicks in HR. She can be reached at **(212) 713-6735**.

Regards,

**Colin H. Reid**
Managing Director
Sr IT Infrastructure Manager

T +1 (305) 371-4411
O +1 (212) 841-7845
M +1 (917) 696-0524
F +1 (212) 479-1903
colin.reid@cushwake.com

CUSHMAN & WAKEFIELD.

Cushman & Wakefield of Florida, Inc
200 South Biscayne Blvd., Suite 2800
Miami, FL 33131