# EXHIBIT N

EXHIBIT
#18
Rinsky
3/1/17 EOB
PENGAD 800-631-6989

Message

**From:** Yury Rinsky [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CE36E599C3DF438CAFFF903700D2DEB5-YURY.RINSKY@CUSHWAKE.COM]
**Sent:** 6/22/2015 9:22:33 PM
**To:** Colin Reid [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae8251919ace498cafaf885a195f3d8c-Colin.Reid@cushwake.com]
**CC:** Andrew Hamilton [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f5e45c6ec50948769969eb42bff14e50-Andrew.Hamilton@cushwake.com]
**Subject:** RE: Employment status with C&W

Colin,

A was told that my move to Boston was approved by you and Andrew. The note below is news to me, I do not understand it. I am not resigning, there is no reason for me to resign.
I will work tomorrow as usual.

**From:** Colin Reid
**Sent:** Monday, June 22, 2015 9:39 AM
**To:** Yury Rinsky
**Cc:** Colin Reid; Andrew Hamilton
**Subject:** Employment status with C&W

Yuri,

This is the response that HR is expecting from you based on our conversation this morning:

---

***Send email to: me,***

***Andrew.hamilton@cushwake.com***

***Katrina.hicks@cushwake.com***

***After informing you of my decision to relocate and understanding the need for my role is located in the C&W NY office, I have decided not to continue my employment. Therefore I formally resign and my last day with C&W will be June 22, 2015.***

---

Any additional questions will be answered by Katrina Hicks in HR. She can be reached at (212) 713-6735.

Regards,

Colin H. Reid

Managing Director
Sr IT Infrastructure Manager

T +1 (305) 371-4411
O +1 (212) 841-7845
M +1 (917) 696-0524
F +1 (212) 479-1903
colin.reid@cushwake.com

CUSHMAN & WAKEFIELD

Cushman & Wakefield of Florida, Inc
200 South Biscayne Blvd., Suite 2800
Miami, FL 33131