# EXHIBIT O

EXHIBIT
#20
Rinsky
3/1/17 EOB
PENGAD 800-631-6989

CUSHMAN & WAKEFIELD.

July 14, 2015

Yury Rinsky
36-42 Gardenview Terrace
Fair Lawn, NJ 07410

Dear Yury,

This letter serves as a recap of our conversation of July 6, 2015.

First, I took a moment to review how we got to this point....

- Back on 4/30/15, you and I discussed the possibility of your moving to Boston. You informed me you had decided to relocate, that you had taken out a home equity loan, put your home up for sale, and purchased a home in Boston.
- In that meeting, I told you a request to work remotely had to go through the IT process, requiring approvals from Andrew Hamilton, Leif Maiorini, and Craig Cuyar. I also reminded you that my own personal relocation had taken several months to be approved. You asked me to do my best to get your request approved. Given the discussion about the approval process, you knew it was a possibility that your request would not be approved.
- At no time in our conversation did I commit or approve your request to work remotely
- You and I did not discuss the matter again until I received your email on 5/17, in which you indicated you would "be moving to Boston on 5/27/2015 for family reasons" and that you needed to take 4 personal days after Memorial Day (5/26 – 5/29)
- As a courtesy, we placed you on paid leave while we looked in to the issue. Meanwhile, I discussed your request with Andrew, Leif and Craig. In the end, the request was not approved because the work itself must be performed in the NYC office.
- In our conversation on June 22, I indicated your role must be performed in the NYC office, and offered you the chance to return to your job here. You refused the offer.

I then outlined where things stood as of July 10:

- Because you are not willing to perform your duties in our NYC office, your employment will as of Friday, July 10th. This equates to three weeks of non-work pay as a transition from the company.
- I provided you the option to voluntarily resign your position. If that was not your choice, I indicated your employment will be terminated by C&W as "Job abandonment". I also outlined that you are not eligible for severance because your role has not been eliminated
- You responded you were not going to resign. As such, you have been terminated from the company, effective July 10, 2015.
- In the next few days, you will receive a termination letter from HR that outlines what happens with your final pay and benefits.

If you have any questions, please call me at (212-841-7845) or Katrina Hicks, our aligned HR Director at (212-713-6735).

Yury, I'm sorry your employment is ending this way. I wish you well in your future endeavors, and thank you for your service with Cushman and Wakefield.

Sincerely,

Colin H. Reid

Colin H. Reid
Managing Director
Sr IT Infrastructure Manager

Cc: Yuri Rinsky employment file
CC: Katrina Hicks, HR Manager, Corporate Groups