UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YURY RINSKY,<br><br>Plaintiff,<br><br>v.<br><br>CUSHMAN & WAKEFIELD NATIONAL CORPORATION,<br><br>Defendant. | C.A. No. 16-10403 |

**APPEARANCE**

NOW COMES the plaintiff, Yury Rinsky ("Plaintiff"), by and through counsel, DENNEHY LAW, and submits this Appearance of John W. Dennehy, Esq. on behalf of the Plaintiff. Attorney Dennehy is authorized to practice in this court. The Plaintiff reserves all rights to a trial by jury on all issues so triable. This notice of Appearance does not seek a withdrawal of Attorney Mark D. Szal, who remains active in the case as counsel for the Plaintiff.

Respectfully Submitted,

YURY RINSKY

By his Attorneys,

/s/ John W. Dennehy

John W. Dennehy, BBO# 658247
DENNEHY LAW
127 Main Street, Suite 1
Nashua, NH 03060
(603) 943-7633
(603) 943-7642 (Fax)
jdennehy@dennehylaw.com

DATE: March 22, 2017

**CERTIFICATE OF SERVICE**

I, John W. Dennehy, hereby certify that on March 22, 2017, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/John W. Dennehy
John W. Dennehy