**EXHIBIT A**

**Plaintiff's Proposed Exhibits**

| Exhibit # | Bates # | Description |
|---|---|---|
| | | |
| A | CW524 | 5-17-15 Email from Rinsky to Reid |
| | | |
| B | CW314 | 5-18-15 Email from Reid to Rinsky |
| | | |
| C | CW315 | 5-22-15 Email from Reid to Rinsky |
| | | |
| D | CW526 | 5-28-15 Email from Rinsky to Reid |
| | | |
| E | CW527-529 | 5-28-15 Email from Reid to Rinsky |
| | | |
| F | CW319 | 6-2-15 Email from Reid to Sommer/Rinsky |
| | | |
| G | CW1231 | 6-4-15 Email from A. Kleynshteyn to Rinsky |
| | | |
| H | CW958 | 6-9-15 Email from Reid to Rinsky |
| | | |
| I | CW337 | 6-22-15 Email from Reid to Rinsky |
| | | |
| J | CW838-842 | 6-22-15 Email from Rinsky to Santora |
| | | |
| L | CW1453 | 6-22-15 Email from Rinsky to Hicks |
| | | |
| M | CW1459 | 6-22-15 Email from Rinsky to Reid |
| | | |
| N | CW371-373 | 7-14-15 Email from Reid to Rinsky w/termination letter |
| | | |
| O | YR-62 | Plaintiff's 2015 W-2 |
| | | |
| P | YR-150 | Plaintiff's 2014 W-2 |
| | | |
| Q | CW491-492 | 3-2-15 Email from Hamilton to Reid |
| | | |
| R | CW497-501 | 3-9-15 Email from Hamilton to Reid w/attachment |
| | | |
| S | CW862 | 4-22-15 Email from Reid to Catalano |
| | | |
| T | CW311 | 5-14-15 Email from Hamilton to Reid |
| | | |

| | | |
|---|---|---|
| U | CW313 | 5-17-15 Email from Reid to Hamilton |
| | | |
| V | CW402-408 | 5-20-15 Email from Reid to Felix |
| | | |
| W | CW2095-2096 | Resume of Edgardo Felix |
| | | |
| X | CW316 | 5-22-15 Reid accepted meeting for employee transfer issue |
| | | |
| Y | CW2097 | 5-27-15 Email from Hamilton to Maorini |
| | | |
| Z | CW417-418 | 5-31-15 Email from Reid to Hamilton |
| | | |
| AA | CW437 | 6-1-15 Email from Reid to Hamilton |
| | | |
| BB | CW474-481 | Felix Consulting Services Agreement |
| | | |
| CC | CW2124 | 6-2-15 Email from Hamilton to Maorini |
| | | |
| DD | CW482-489 | Felix 2nd Consulting Services Agreement |
| | | |
| EE | CW2156 | 6-4-15 Email from Hamilton to Reid |
| | | |
| FF | CW320 | 6-5-15 Email from Reid to Hamilton |
| | | |
| GG | CW2159 | 6-5-15 Email from Hamilton to Maorini |
| | | |
| HH | CW2230 | 6-15-15 Email from Maorini to Hamilton/Reid |
| | | |
| II | CW325-326 | 6-16-15 Email from Reid to Hamilton/Maorini |
| | | |
| JJ | CW2231 | 6-15-15 Email from Hick to Maorini/Hamilton/Reid |
| | | |
| KK | CW2241 | 6-16-15 Email from Hick to Maorini/Hamilton/Reid |
| | | |
| LL | CW331-334 | 6-18-15 Email from Reid to Maorini/Hamilton |
| | | |
| MM | CW2269-2271 | 6-22-15 Email from Hick to Maorini/Hamilton/Reid |
| | | |
| NN | CW346 | 6-22-15 Email from Reid to Hicks |
| | | |
| OO | CW2276 | 6-22-15 Email from Hicks to Reid |
| | | |

| | | |
|---|---|---|
| PP | CW2280-2282 | 6-22-15 Email from Hamilton to Hick/Reid/Maorini |
| | | |
| QQ | CW349 | 6-24-15 Email from Reid to Hicks |
| | | |
| RR | CW350 | 6-25-15 Email from Reid to Cuyar |
| | | |
| SS | CW211-213 | 7-2-15 Email from Reid to Hicks |
| | | |
| TT | CW361-363 | 7-13-15 Email from Reid to Hicks |
| | | |
| UU | CW2362 | 6-3-15 Email from Maorini to Cuyar |
| | | |
| VV | CW2381-2385 | 6-4-15 Email from Cuyar to Maorini |
| | | |
| WW | CW2392 | 6-5-15 Email from Maorini to Cuyar |
| | | |
| XX | CW2045-2046 | 6-9-15 Email from Maorini to Cuyar |
| | | |
| YY | CW2409-2410 | 6-17-15 Email from Maorini to Cuyar |
| | | |
| ZZ | CW2423-2425 | 6-23-15 Email from Cuyar to Hicks |
| | | |
| AAA | CW208-209 | 7-6-15 Email from Hicks to Zamorski |
| | | |
| BBB | CW210 | 7-13-15 Zamorski note to file |
| | | |
| CCC | CW213-214 | 7-6-15 Email from Hicks to Zamorski |
| | | |
| DDD | CW215-216 | 7-13-15 Email from Hicks to Zamorski |
| | | |
| EEE | CW217-218 | 7-13-15 Email from Hicks to Zamorski |
| | | |
| FFF | CW219-220 | 7-13-15 Email from Zamorski to Hicks |
| | | |
| GGG | CW204-205 | 7-22-15 Letter from Mercer |
| | | |
| HHH | CW2426-2427 | Termination report |
| | | |

| | | |
|---|---|---|
| III | | Defendant's Position Statement to MCAD |
| | | |
| JJJ | | Defendant's Answers to Plaintiff's Interrogatories |