UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YURY RINSKY,<br><br>Plaintiff,<br><br>v.<br><br>CUSHMAN & WAKEFIELD, INC.,<br><br>Defendant. | ) | C.A. No. 16-10403 |

**PLAINTIFF'S TRIAL BRIEF**

NOW COMES the Plaintiff, Yury Rinsky ("Plaintiff"), by and through counsel, and hereby files this Trial Brief pursuant to the Court's Pretrial Order dated August 18, 2016.

**1. PROPOSED VOIR DIRE QUESTIONS**

Plaintiff refers to his proposed voir dire questions, attached hereto as Exhibit A.

**2. REQUESTED JURY INSTRUCTIONS**

Plaintiff refers to his proposed jury instructions, attached hereto as Exhibit B.

**3. PROPOSED SPECIAL VERDICT FORM**

Plaintiff refers to his proposed special verdict form, attached hereto as Exhibit C.

**4. LIST OF AGREED UPON AND OBJECTED TO EXHIBITS**

Defendant was unable to provide a prompt response concerning its agreement to any of Plaintiff's proposed exhibits. Defendant also did not provide a list of proposed exhibits to Plaintiff in time for Plaintiff to meaningfully consider whether he could agree to their admission. Plaintiff therefore has provided his Proposed Exhibit List, which is attached as Exhibit A to Plaintiff's Pretrial Memorandum. At present, Defendant has not agreed to admission of any of

the exhibits. However, it is expected that the parties will confer in good faith and agree upon exhibits for trial and narrow objections as trial approaches. Plaintiff reserves the right to propose additional exhibits as trial approaches and as the evidence at trial dictates.

Respectfully submitted,
**YURY RINSKY,**
By his attorney

/s/Mark D. Szal
Mark D. Szal, BBO#667594
**SZAL LAW GROUP LLC**
589 Tremont Street, Suite 4
Boston, Massachusetts 02118
Tel: (617) 830-2494
mark@szallawgroup.com

/s/John W. Dennehy
John W. Dennehy, P.C. BBO#658247
DENNEHY LAW
127 Main Street, Suite 1
Nashua, NH 03060
(603) 943-7633
(603) 943-7642 (Fax)
jdennehy@dennehylaw.com

DATE: March 24, 2017

**Certificate of Service**

I, Mark D. Szal, hereby certify that on March 24, 2017, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, with a courtesy copy to the deputy courtroom clerk by hand.

/s/Mark D. Szal