UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YURY RINSKY, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 16-10403 |
| CUSHMAN & WAKEFIELD, INC., | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS**

NOW COMES the Plaintiff, Yury Rinsky ("Plaintiff"), by and through counsel, and hereby files Proposed *Voir Dire* Questions pursuant to the Court's Pretrial Order dated August 18, 2016. In addition to the standard *voir dire* questions concerning knowledge of the case, the parties, the attorneys and the witnesses, Plaintiff proposes the following additional questions:

1. Does anyone in the jury pool have an issue with awarding damages to compensate someone for wrongful conduct committed against him or her?

2. Has anyone in the jury pool, or a close family member, ever been a defendant in a lawsuit?

3. Has anyone in the jury pool ever made claim against an employer and had it denied?

4. Does anyone in the jury pool have a bias against plaintiffs in general?

5. Does anyone in the jury pool feel there is too much litigation taking place in this state or the country?

6. Does anyone in the jury pool have an issue with awarding damages to penalize a defendant for age or handicap discrimination?

7. Does anyone in the jury pool have a bias against individuals that immigrated from other countries to the United States, including Russia?

8. Does anyone in the jury pool have a bias against individuals who speak English as their second language?

9. Does anyone in the jury pool have a bumper sticker on a car, or a sign in their yard? If so, what is written on them?

Plaintiff reserves the right to supplement these proposed questions in advance of trial.

Respectfully submitted,

**YURY RINSKY,**
By his attorney

/s/Mark D. Szal

Mark D. Szal, BBO#667594

**SZAL LAW GROUP LLC**

589 Tremont Street, Suite 4
Boston, Massachusetts 02118
Tel: (617) 830-2494
mark@szallawgroup.com

/s/John W. Dennehy
John W. Dennehy, P.C. BBO#658247
DENNEHY LAW
127 Main Street, Suite 1
Nashua, NH 03060
(603) 943-7633
(603) 943-7642 (Fax)
jdennehy@dennehylaw.com

DATE: March 24, 2017