UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YURY RINSKY, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 16-10403 |
| CUSHMAN & WAKEFIELD, INC. | ) | |
| Defendant. | ) | |

**SPECIAL VERDICT FORM**

I. Age Discrimination in Violation of G.L. c. 151B

A. Did Yury Rinsky prove by a preponderance of the evidence that Cushman & Wakefield, Inc. discriminated against him because of his age in violation of G.L. c. 151B?

Yes ________ No ________

*(If you answered "Yes," please proceed to Question I(B). If you answered "No," please proceed to Section II.)*

B. What amount of money would fairly compensate Yury Rinsky for lost pay and benefits between the date of his termination and today (back pay)?

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Question I(C).)*

C. What amount of money would fairly compensate Yury Rinsky for lost pay and benefits going forward from today (front pay)?

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Question I(D).)*

D. What amount of money would fairly compensate Yury Rinsky for emotional distress suffered, if any, as the result of Cushman & Wakefield, Inc.'s age discrimination?

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Question I(E).)*

E. Please state the total amount of damages awarded to Plaintiff under this section.

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Section II.)*

II. Handicap Discrimination in Violation of G.L. c. 151B

A. Did Yury Rinsky prove by a preponderance of the evidence that Cushman & Wakefield, Inc. discriminated against him because of his handicap in violation of G.L. c. 151B?

Yes ________ No ________

*(If you answered "Yes," please proceed to Questions II(B). If you answered "No," please proceed to Section III.)*

B. What amount of money would fairly compensate Yury Rinsky for lost pay and benefits between the date of his termination and today (back pay)?

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Question II(C).)*

C. What amount of money would fairly compensate Yury Rinsky for lost pay and benefits going forward from today (front pay)?

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Question II(D).)*

D. What amount of money would fairly compensate Yury Rinsky for emotional distress suffered, if any, as the result of Cushman & Wakefield, Inc.'s handicap discrimination?

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Question II(E).)*

E. If you found that Cushman & Wakefield, Inc.'s handicap discrimination was intentional, what amount of money do you award Plaintiff in punitive damages?

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Question II(F).)*

F. If you awarded Plaintiff damages in Section I above, please state the amount of damages awarded under this section that are duplicative and/or overlapping.

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Section III.)*

III. <u>Promissory Estoppel/Detrimental Reliance</u>

A. Did Cushman & Wakefield, Inc. make a promise to Yury Rinsky on which he relied to his detriment?

Yes ________ No ________

*(If you answered "Yes," please proceed to Question III(B). If you answered "No," please proceed to Section IV.)*

B. What amount of money would fairly compensate Yury Rinsky for the detriment he suffered as the result of relying on Cushman & Wakefield, Inc.'s promise?

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Question III(C).)*

C. If you awarded Plaintiff damages in Section I and/or II above, please state the amount of damages awarded under this section that are duplicative and/or overlapping.

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Section IV.)*

IV. Misrepresentation

A. Did Yury Rinsky prove his claim against Cushman & Wakefield for:

Fraudulent misrepresentation? Yes ________ No ________

Negligent misrepresentation? Yes ________ No ________

*(If you answered "Yes," to either part of Question IV(A), please proceed to Question IV(B). If you answered "No, please proceed to Question V.)*

B. What amount of money would fairly compensate Yury Rinsky for the fraudulent and/or negligent misrepresentation by Cushman & Wakefield, Inc.?

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Question III(C).)*

C. If you awarded Plaintiff damages in Section I, II and/or III above, please state the amount of damages awarded under this section that are duplicative and/or overlapping.

$____________________________________ (Amount in figures)

_____________________________________ (Amount in words)

*(Please proceed to Section V.)*

V. Total Damages Awarded

A. Please state the total amount of damages, if any, that you have awarded Plaintiff, Yury Rinsky.

$______________________________________ (Amount in figures)

______________________________________ (Amount in words)

*(You have completed your deliberations.)*

\- - - - - - - - - - - - - - - - -

I hereby certify that the questions answered above were the unanimous answers of the deliberating members of the jury.

______________________________________

Foreperson of the Jury (signature)

Date: _______________

Time: _______________