UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YURY RINSKY, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 16-10403 |
| CUSHMAN & WAKEFIELD, INC., | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF YURY RINSKY**

I, Yury Rinsky, hereby depose and state as follows:

1. My name is Yury Rinsky. I am the Plaintiff in the above-captioned lawsuit. I have personal knowledge of the facts stated herein.

2. Before learning of my manager, Colin Reid's transfer to the Miami office of Cushman & Wakefield, Inc., I never considered requesting a transfer to the company's Boston office. I did not know that it was possible to transfer offices within the company until learning of Mr. Reid's transfer.

3. I believe that Craig Cuyar, Global CIO of Defendant at the time of my termination, is approximately 15 years younger than me.

4. At the time of my termination in 2015, I believe that Andrew Hamilton was in his early 40s.

Signed under the pains and penalties of perjury this 26th day of March, 2017

Yury Rinsky