**From:** Colin Reid
**Sent:** Monday, May 18, 2015 7:41 AM
**To:** Yury Rinsky
**Subject:** RE: Moving to Boston

Ok, we will talk on Tuesday.

---

**From:** Yury Rinsky
**Sent:** Sunday, May 17, 2015 3:59 PM
**To:** Colin Reid
**Subject:** Moving to Boston

Colin,

As discussed I will be moving to Boston on 5/27/2015 for family reasons and need to take 4 personal days after Memorial Day (5/26 – 5/29).

I am confident that I can continue to work to the best of my ability remotely. I look forward to sitting down with you and coming up with an arrangement that benefits all involved.

Thanks