**From:** Colin Reid
**Sent:** Friday, May 22, 2015 7:46 AM
**To:** Yury Rinsky
**Subject:** Task list

Let's spend a few minutes going over what's open on your list for June, before you leave today.

Sent from my Verizon 4G LTE Smartphone