**From:** Colin Reid
**Sent:** Thursday, July 02, 2015 12:44 PM
**To:** Katrina Hicks
**Subject:** RE: Moving to Boston

Katrina,

There was no verbal confirmation. When he informed me on April 30, I told him this had to go through the IT process of Andrew, Leif, Craig, and reminded him that my relocation had taken several months to get approved. He asked me to do my best to get it approved, which to me, indicated he knew it was a possibility of not getting approved.
Because of his security access and being my backup, I did not say anything else.

Between the time I notified Andrew (4/30 or 5/01), we did not discuss this again until I received the email from Yury on 5/17. Once Andrew saw the 5/17 email, he scheduled that meeting with us on 5/19.

In retrospect, if he had been terminated on 5/19 or shortly thereafter, we would not be having this issue. The delay in terminating him, led to him to believe that we were getting him a cubicle in the Boston office.

Let me know if we need a call.

Regards.

---

**From:** Katrina Hicks
**Sent:** Thursday, July 02, 2015 12:22 PM
**To:** Colin Reid
**Subject:** RE: Moving to Boston

HI Colin,

Before our meeting on Monday, when I spoke with Yuri, he mentioned he received "verbal" approval from you. Can you confirm any conversations with him? I just want to have a better understanding of both sides.

Thanks,
Kat

**Katrina Hicks**
Human Resources Manager
U.S. Human Resources

Tel: +1 (212) 713-6735
Cell: +1 (347) 260-4081
Fax: +1 (212) 845-6644
D 336735

Katrina.hicks@cushwake.com