**From:** Colin Reid
**Sent:** Thursday, May 14, 2015 9:55 AM
**To:** Andrew Hamilton
**Subject:** Accepted: AS/400 Resourcing

Colin,
Let’s discuss the situation Yury has put us in with his home purchase in Boston.
On the flight up, could you think through the options and risks of replacing him (via contractor or permanent role) so we can evaluate all the pros and cons of keeping and replacing?
Thanks, Andrew