On May 20, 2015, at 10:49 PM, Colin Reid <Colin.Reid@cushwake.com> wrote:

I recently relocated to our Miami office, but I am in the NY office this week, and next. I would like to meet before I return to Florida on May 31.

Can you come in and meet with me on Tuesday at 3pm? If this is not convenient, I am flexible.

We recently announced a merger with another company and there will be a lot of IT work coming up. Please send me a copy of your resume.

Our current address is: 1290 Ave of the Americas at 51st St, 7th flr.

The best number to reach me is 917-696-0524.

---

**From:** Edd Felix [mailto:eddfelix@aol.com]
**Sent:** Wednesday, May 20, 2015 12:14 PM
**To:** Colin Reid
**Subject:** Re: Greetings

Hi Sir Colin, thanks for contacting me again. I still am very interested, please let me know when it comes up soon. Yes, I have experience with IFS on the AS400.

Thanks again and best regards.

Edgardo

On May 20, 2015, at 5:02 PM, Colin Reid <Colin.Reid@cushwake.com> wrote:

Edgardo,

I hope you are keeping well. Something might be coming up soon, are you still interested?

Do you have any experience with the IFS feature on the AS/400?

Regards.

---

**From:** EDDFELIX@aol.com [mailto:EDDFELIX@aol.com]
**Sent:** Tuesday, April 14, 2015 1:18 PM
**To:** Colin Reid
**Subject:** Re: Greetings

Hi Sir Colin, how are you? I just want to keep in touch and to let you know that I'm still available for AS400 position, if anything comes up on your group and the budget gets approved.

Thanks again Sir and I appreciate your help. Regards to Yuri also.

Best,

Edgardo

In a message dated 2/6/2015 3:00:21 P.M. Eastern Daylight Time, Colin.Reid@cushwake.com writes:

> Hi Edgardo,
>
> Nothing yet. If anything comes up, I will let you know.
>
> Regards,