**From:** Colin Reid
**Sent:** Tuesday, June 02, 2015 2:27 PM
**To:** Yury Rinsky; Scott Sommer
**Cc:** Andrew Hamilton
**Subject:** RE: Missed conversation with Scott Sommer

Scott,

Pls wait until I am back in NY tomorrow. Yury might be getting new equipment for Boston, since I have an AS400 consultant sitting there next week.

Andrew,

Pls advise.

Thx.

---

**From:** Yury Rinsky
**Sent:** Tuesday, June 02, 2015 2:06 PM
**To:** Scott Sommer
**Cc:** Colin Reid
**Subject:** RE: Missed conversation with Scott Sommer

Scott,

I will need my desktop in a couple of weeks when I get a cubical in Boston office.

Thanks

---

**From:** Scott Sommer [mailto:Scott.Sommer@cushwake.com]
**Sent:** Tuesday, June 02, 2015 1:59 PM
**To:** Scott Sommer; Yury Rinsky
**Subject:** Missed conversation with Scott Sommer

scott.sommer@cushwake.com **[1:57 PM]:**

good afternoon, your desktop is still in NY, do you need it