Search
Try Premium for Free
41 New MA Clients - 41 new legal clients seeking a MA attorney. View their cases today. | Ad

3rd

# Andrew Hamilton

Managing Director, Enterprise Financial and HR Systems at Cushman & Wakefield

Cushman & Wakefield • The George Washington University

Greater New York City Area • 500+

Send InMail | Connect

Specialties: Project Management, PeopleSoft application development, PeopleSoft Financials, PeopleSoft Supply Chain, stabilizing chaotic delivery, recruiting and hiring

## Experience

### Managing Director, Enterprise Financial and HR Systems
Cushman & Wakefield
May 2010 – Present • 6 yrs 11 mos • Greater New York City Area

Responsible for corporate Finance and HR technology driven initiatives in Cushman's 40-country footprint. Operate as the IT business partner to the Chief Financial Officer and the Global Head of Human Resources as well as other senior back-office leaders. Lead the Workday Center of Excellence.

Drive existing operations and business-as-usual improvements plus new projects using multiple vendor partners.

Cushman & Wakefield is a Workday platform customer using the Human Capital Management, Recruiting, Financial Management, and Procurement products.

See less

### Project Manager
Guardian Life Insurance
May 2008 – Apr 2010 • 2 yrs • Greater New York City Area

See description

### Delivery Lead, PeopleSoft Financials Implementation
Travelers
Apr 2007 – Apr 2008 • 1 yr 1 mo • Hartford, Connecticut Area

See description

### Manager & Senior Manager Roles
Accenture
Feb 1997 – Apr 2008 • 11 yrs 3 mos • Washington D.C. Metro Area

See description

### Financials Lead, Program Management Office
City of New York
Jun 2006 – Mar 2007 • 10 mos • Greater New York City Area

Contact and Personal Info
Andrew's Profile
Show more

Mark, explore jobs at Cushman & Wake
that match your skills
See jobs

People Also Viewed

Leif Maiorini • 3rd
Senior Managing Director at Cus
& Wakefield

Anny Huang • 3rd
Sr. IT, BPC, BI, ERP, Workday
Operational and Release Manag
Cushman & Wakefield

Colin Reid • 3rd
Managing Director, Information
Technology at Cushman & Wake

Irene Tashji, PMP • 3rd
Managing Director Global Platfo
and Portfolios at Cushman & Wa

Kerry Remulla • 3rd
Open to new career opportuniti
Senior Financial Analyst - SAP BI
Workday Finance

Jeffrey Patuto • 3rd
Global project leader/owner for
Workday Implementation of
HR/Finance-the largest such
implementation of WD to date.

Risa Fogel • 3rd
Business Transformation | Chan
Agent

Craig Cuyar • 3rd
Global CIO, Omnicom Group

Ketan Ravani • 3rd
Director, Enterprise Solutions at

Messaging

See more positions

## Education

**The George Washington University**
MA, Human Resource Development
1997 – 1999

**The George Washington University**
BA, Psychology
1993 – 1997

See more

## Featured Skills & Endorsements

**Integration** · 30
Endorsed by **Bill Wolf and 2 others who are highly skilled at this**
Endorsed by **9 of Andrew's colleagues at Cushman & Wakefield**

**Management** · 24
Endorsed by **Joseph Shay and 1 other who is highly skilled at this**
Endorsed by **8 of Andrew's colleagues at Cushman & Wakefield**

**PeopleSoft** · 24
Endorsed by **Todd Rees and 2 others who are highly skilled at this**
Endorsed by **6 of Andrew's colleagues at Cushman & Wakefield**

View 23 more

**Ads You May Be Interested In**

**Part-Time MBA Scholarship**
Evening MBA program with onli
classes. Waive GMAT with 5+ y
experience.

**Attorney Wanted**
We need attorneys to help our l
clients. Free trial to view cases.

**An Alternative to BigLaw**
Teamwork, professionalism, and
quality beyond BigLaw - minus t
headaches.

Messaging

Search

Try Premium for Free

Messaging