**To:** Katrina Hicks[Katrina.Hicks@cushwake.com]
**From:** Craig Cuyar
**Sent:** Thur 6/4/2015 10:20:50 AM
**Subject:** FW: Jay L

Kat,

FYI -- I spoke with Leif and here is the subsequent email trail. He should be reaching back out to you shortly.

Regards,

<Craig>

---

**From:** Leif Maiorini
**Sent:** Thursday, June 04, 2015 11:18 AM
**To:** Craig Cuyar
**Subject:** RE: Jay L

Agreed; I apologize that these took you by surprise. That was not intended.

I will work with Kat to make this happen.

Take care,

**Leif Maiorini**
Cushman & Wakefield, Inc.

T +1 (212) 698 2538
M +1 (609) 238 4767

Leif.Maiorini@cushwake.com | view my profile

Cushman & Wakefield Inc.

---

**From:** Craig Cuyar
**Sent:** Thursday, June 4, 2015 11:10 AM
**To:** Leif Maiorini
**Subject:** RE: Jay L

Yes… I was aware of this one but not Yuri. With jay I would like you to address his compensation since he is moving to a much lower cost environment. With Yuri I would like for you to work with HR and follow the same precedent that was established when Steve Lipka had an employee move to Florida without our prior knowledge and approval.

Regards,

<Craig>

---

**From:** Leif Maiorini
**Sent:** Thursday, June 04, 2015 11:07 AM
**To:** Craig Cuyar
**Subject:** FW: Jay L

FYI

**Leif Maiorini**
Cushman & Wakefield, Inc.

T +1 (212) 698 2538
M +1 (609) 238 4767

Leif.Maiorini@cushwake.com | view my profile

Cushman & Wakefield Inc.

---

**From:** Leif Maiorini
**Sent:** Tuesday, May 26, 2015 3:18 PM
**To:** Craig Cuyar
**Subject:** FW: Jay L

Jay Leiser's wife is taking a position in Florida and they will be relocating.  Bill and I would like to have him work out of one of our Florida offices given his knowledge and skill set.  Jay is an extremely talented and productive technical lead and developer.  What do we need to do in order to keep him on board?

Take care,

**Leif Maiorini**
Cushman & Wakefield, Inc.

T  +1 (212) 698 2538
M +1 (609) 238 4767

Leif.Maiorini@cushwake.com | view my profile

Cushman & Wakefield Inc.

---

**From:** Katrina Hicks
**Sent:** Tuesday, May 26, 2015 2:47 PM
**To:** Bill Wolf
**Cc:** Leif Maiorini
**Subject:** RE: Jay L

Hi Bill,

Has this been approved by Craig? Is so, if there are any comp changes, as of last week, all internal transfers have to also be approved by DTZ.

Leif – Did you connect with Craig?

Thanks,
Kat

**Katrina Hicks**
Human Resources Manager
U.S. Human Resources

Tel: +1 (212) 713-6735
Cell: +1 (347) 260-4081
Fax: +1 (212) 845-6644
D 336735

Katrina.hicks@cushwake.com

Cushman & Wakefield, Inc.