**Angela Li**

---

**From:** Bill Wolf
**Sent:** Sunday, July 05, 2015 6:03 PM
**To:** Craig Cuyar
**Cc:** Katrina Hicks; Leif Maiorini
**Subject:** RE: Any progress for Jay Leiser relocation

Thank you Craig.

Pls let me know if this is a viable option.

Jay might be amenable to renting a residence here and working in NYC at least part time. That would be similar to what we accommodated for Walter Spinrad, whose home was in Vermont, but was in NYC typically 3 days a week - more as necessary.

Jay needs to run the numbers and decide if it makes sense and frankly he'll also be exploring the job market in Florida. But if we go this route, are there any HR or legal guidelines or rules regarding this, such as how many days someone need to be on premise in NYC?

If you don't even want to entertain this option let me or Leif know. Jay will be in tomorrow and I will talk with him.

BTW, I'm not aware of anyone on my team other than Jay asking for something like this – maybe you meant the finance systems team.

Thx

**From:** Craig Cuyar
**Sent:** Friday, July 03, 2015 8:29 AM
**To:** Bill Wolf
**Cc:** Katrina Hicks; Leif Maiorini
**Subject:** RE: Any progress for Jay Leiser relocation

Bill,

Thanks for the additional information and perspectives on Jay. I have considered your request but need to stand firm on the decision to not allow Jay, or others, to relocate at this time. We seem to have a number of requests recently, mostly from the Service Design Team, to work from other locations. These individuals were all hired with full knowledge that their roles were based in New York and accepted our offer of employment. We cannot allow certain Service Design Team members to work from C&W locations in other states while denying similar opportunities for others. I would like for our IT organization to maintain a consistent policy for all employees so that we treat everyone fairly and provide them with the same employment opportunities. This decision is firm and is made with the desire to provide for consistent treatment of staff and to eliminate potential employment disputes and subsequent litigation if we don't.

Regards,



EXHIBIT
PENGAD 800-631-6989
24-Hz15
2/23/17