***HCM0205 - Leavers Report***

| | |
|---|---|
| **Supervisory Organization** | Global CEO Org (Brett White) |
| **Include Subordinate Organizations** | Yes |
| **Location Country (Optional)** | |
| **Office (Optional)** | |
| **Worker Type (Optional)** | |
| **Employee Type (Optional)** | |
| **Contingent Worker Type (Optional)** | |
| **Cost Center (Optional)** | No Cost Center General & Admin |
| **Business Units (Optional)** | IT Management |
| **Starting Term Date** | 1/1/2012 |
| **Ending Term Date** | 12/31/2015 |

**Worker**

| Employee ID | Legacy ID | Employee Name | Country | Office | Hire Date | Termination Date | Primary Termination Reason | Length of Service Range | Consolidated Worker Type | Position | Service Line | Sub Service Line | Business Units | Company | Manager - Level 01 | Manager - Level 02 | Gender | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100000871 | 04419 | Yury Rinsky | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 6/14/1988 | 7/10/2015 | Terminate Employee > Voluntary > Job Abandonment | 20+ | Regular | Software Engineer II | Information Technology | IT Management | IT Management | Cushman & Wakefield, Inc. | Colin Reid | Andrew Hamilton | Male | 63 |
| 100002192 | 22479 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 4/29/2009 | 11/6/2015 | Terminate Employee > Involuntary > Staff Reduction/Redundancy | 7 - 10 | Regular | 9402 Sr IT Bus & Process Analyst | Information Technology | IT Solution Design & Delivery | IT Solution Design & Delivery | Cushman & Wakefield, Inc. | David Solomon | Risa Fogel | Female | 57 |
| 100002255 | 23424 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 3/1/2010 | 1/9/2015 | Terminate Employee > Voluntary > Career Growth | 5 - 7 | Regular | IT Service Ops Manager | Information Technology | IT Management | IT Management | Cushman & Wakefield, Inc. | Ken Duff | Craig Cuyar | Female | 54 |
| 100009473 | 27132 | REDACTE | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 8/27/2012 | 9/11/2015 | Terminate Employee > Voluntary > Career Advancement | 3 - 5 | Regular | 9686 Sr IT Infrastructure Engineer | Information Technology | IT Management | IT Management | Cushman & Wakefield, Inc. | William Wolf | Leif Maiorini | Male | 34 |
| 100015168 | 28195 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 2/25/2013 | 5/8/2015 | Terminate Employee > Voluntary > Career Change | 3 - 5 | Regular | IT Infrastucture Manager | Information Technology | IT Management | IT Management | Cushman & Wakefield, Inc. | William Wolf | Leif Maiorini | Male | 48 |
| 100019316 | 28478 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 5/1/2013 | 1/16/2015 | Terminate Employee > Voluntary > Relocation | 3 - 5 | Regular | IT Security & Risk Mgr | Information Technology | IT Management | IT Management | Cushman & Wakefield, Inc. | Steve Lipka | Craig Cuyar | Male | 55 |
| 100019741 | 28667 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 5/29/2013 | 5/15/2015 | Terminate Employee > Voluntary > Unsatisfactory Peformance | 3 - 5 | Regular | IT Infrastructure Engineer | Information Technology | IT Chief Technology Office | IT Chief Technology Office | Cushman & Wakefield, Inc. | Andrew Hamilton | John Santora | Male | 26 |
| 100020923 | 67411 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 8/26/2013 | 12/4/2015 | Terminate Employee > Involuntary > Staff Reduction/Redundancy | 3 - 5 | Regular | 9514 Sr IT Infrastructure Spclst | Information Technology | IT Global Services | IT Global Services | Cushman & Wakefield, Inc. | Ken Duff | Ken Duff | Male | 38 |
| 100022028 | 29463 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 10/28/2013 | 12/4/2015 | Terminate Employee > Involuntary > Staff Reduction/Redundancy | 3 - 5 | Regular | 9514 Sr IT Infrastructure Spclst | Information Technology | IT Global Services | IT Global Services | Cushman & Wakefield, Inc. | Ken Duff | Ken Duff | Male | 46 |
| 100023742 | 29818 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 2/3/2014 | 7/29/2015 | Terminate Employee > Voluntary > Career Change | 3 - 5 | Regular | 8161 IT Technical Architect | Information Technology | IT Global Services | IT Global Services | Cushman & Wakefield, Inc. | Gary Bent | Craig Cuyar | Male | 34 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100030901 | 32482 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 3/2/2015 | 12/4/2015 | Terminate Employee > Involuntary > Staff Reduction/Redundancy | 1 - 3 | Regular | 8161 IT Technical Architect | Information Technology | IT Solution Design & Delivery | IT Solution Design & Delivery | Cushman & Wakefield, Inc. | Gary Bent | Craig Cuyar | Male | 49 |
| 100031215 | 32524 | REDACTED | United States of America | C - USA - NY - New York - 1290 Avenue of The Americas | 3/16/2015 | 12/4/2015 | Terminate Employee > Involuntary > Staff Reduction/Redundancy | 1 - 3 | Regular | 9489 IT Telecommunications Spclst | Information Technology | IT Global Services | IT Global Services | Cushman & Wakefield, Inc. | Vincent Spoleti | Ken Duff | Female | 53 |