# EXHIBIT A



William Francis Galvin
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number: 133208237**

Request certificate    New search

**Summary for: CUSHMAN & WAKEFIELD OF MASSACHUSETTS, INC.**

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** CUSHMAN & WAKEFIELD OF MASSACHUSETTS, INC. | |
| **Entity type:** Domestic Profit Corporation | |
| **Identification Number:** 133208237 | **Old ID Number:** 000204159 |
| **Date of Organization in Massachusetts:** 02-27-1984 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 12/31 |

**The location of the Principal Office:**

Address: 225 FRANKLIN STREET

City or town, State, Zip code, Country: BOSTON, MA 02110 USA

**The name and address of the Registered Agent:**

Name: C T CORPORATION SYSTEM

Address: 155 FEDERAL STREET SUITE 700

City or town, State, Zip code, Country: BOSTON, MA 02110 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | JOSEPH STETTINIUS JR. | 2101 L STREET, NW,SUITE 700 WASHINGTON, DC 20037 USA |
| TREASURER | MICHAEL HODGES | 77 WEST WACKER DRIVE,SUITE 1800 CHICAGO, IL 60601 USA |
| SECRETARY | RICHARD CENKUS | 2101 CEDAR SPRINGS BOULEVARD,SUITE 900 DALLAS, TX 75201 USA |
| DIRECTOR | JOSEPH STETTINIUS JR. | 225 FRANKLIN STREET BOSTON, MA 02110 USA |
| DIRECTOR | RICHARD CENKUS | 225 FRANKLIN STREET BOSTON, MA 02110 USA |
| DIRECTOR | LAWRENCE H. GRANT | 225 FRANKLIN STREET BOSTON, MA 02110 USA |

| | | |
|---|---|---|
| DIRECTOR | MICHAEL HODGES | 225 FRANKLIN STREET BOSTON, MA 02110 USA |

**Business entity stock is publicly traded:**

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CWP | $ 1.00 | 100 | $ 100.00 | 100 |

**Consent** **Confidential Data** **Merger Allowed** **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

View filings

**Comments or notes associated with this business entity:**

New search