# EXHIBIT C



**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity results

**Number of records: 11**

**Print results**

| Entity Name | ID Number | Old ID Number | Address |
|---|---|---|---|
| CUSHMAN & WAKEFIELD GLOBAL, INC. | 001249876 | | 7700 FORSYTH BLVD.,SUITE 1210<br>ST. LOUIS, MO 63105 USA |
| CUSHMAN & WAKEFIELD NATIONAL CORPORATION | 132604291 | 000021479 | 1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 USA |
| CUSHMAN & WAKEFIELD NET LEASE OPERATING PARTNERSHIP, L.P. | 000907591 | | 500 BOYLSTON STREET SUITE 1300<br>BOSTON, MA 02116 USA |
| CUSHMAN & WAKEFIELD NET LEASE TRUST, INC. | 000907587 | | 51 WEST 52ND ST.<br>NEW YORK, NY 10019 USA |
| CUSHMAN & WAKEFIELD OF CONNECTICUT,INC. | 132929591 | 000100800 | 107 ELM STREET 4 STAMFORD PLAZA, 8TH FLOOR<br>STAMFORD, CT 06902 USA |
| CUSHMAN & WAKEFIELD OF MASSACHUSETTS, INC. | 133208237 | 000204159 | 225 FRANKLIN STREET<br>BOSTON, MA 02110 USA |
| CUSHMAN & WAKEFIELD OF NEW HAMPSHIRE, INC. | 000979608 | | 650 ELM STREET<br>MANCHESTER, NH 03101 USA |
| CUSHMAN & WAKEFIELD SONNENBLICK-GOLDMAN, LLC | 133880858 | 000953861 | 1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 USA |
| CUSHMAN & WAKEFIELD STATE STREET, INC. | 133678253 | 000540538 | 1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 USA |
| CUSHMAN & WAKEFIELD U.S., INC. | 430955234 | | 7700 FORSYTH BLVD. SUITE 1210<br>ST. LOUIS, MO 63105 USA |
| CUSHMAN & WAKEFIELD/PREMISYS, INC.. | 222426090 | 000000000 | AMERICAN GENERAL CENTER<br>2777 ALLEN PARKWAY<br>HOUSTON, TX 77019 USA |

**New Search**