AO450 (Rev. 5/85)   Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      Massachusetts

Yury Rinsky

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:      16-cv-10403-ADB

Cushman & Wakefield National Corp.

X  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment for the plaintiff, Yury Rinsky, in the amount of $1,275,000.00 (One million two hundred seventy-five thousand dollars).

4/27/17

Date

Robert M. Farrell

Clerk

(By) Deputy Clerk