**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| YURY RINSKY,<br><br>Plaintiff,<br><br>v.<br><br>CUSHMAN & WAKEFIELD, INC.<br><br>Defendant. | ) | C.A. No. 16-10403 |

**DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Fed. R. Civ. P. 50(b), defendant, Cushman & Wakefield, Inc. ("C&W"), hereby renews its motion for judgment as a matter of law.

At trial, plaintiff, Yury Rinsky ("Plaintiff"), attempted to prove that C&W wrongfully terminated his employment in July 2015 on the basis of age and disability. At the close of Plaintiff's case, C&W moved for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a)(2) on the ground there was no legally sufficient evidentiary basis to find that age or disability were causes of Plaintiff's termination. *See* Dkt. No. 61. In its verdict, the jury rejected Plaintiff's disability discrimination claim, but found for Plaintiff on the age discrimination claim and returned an award of $1.275 million – comprised of $425,000 in compensatory damages and $850,000 in punitive damages. C&W now renews its motion for judgment as a matter of law because, although the jury's substantial monetary award is based entirely on a finding of age discrimination, there was a complete absence of any probative evidence of age discrimination at trial.[1]

As grounds for this renewed motion, C&W states that the evidence at trial established nothing more than that Plaintiff (an at-will employee) was terminated because he moved to

[1] C&W is also filing contemporaneously herewith a motion for a new trial pursuant to Fed. R. Civ. P. 59(a), seeking, in the alternative, an order granting a new trial because this verdict was against the weight of the evidence.

Massachusetts and refused to return to New York when requested to do so by C&W. There was no evidence to suggest that C&W's decision was influenced by Plaintiff's age. To the contrary, both Plaintiff and the C&W personnel who testified at trial were unanimous in their recollection that the subject of Plaintiff's age never arose during Plaintiff's many communications with C&W regarding his proposed transfer, and the evidence is likewise clear that C&W maintained a hospitable workplace for employees of Plaintiff's age. This evidence falls far short of establishing a legally sufficient evidentiary basis for age discrimination, let alone the type of malicious, wanton, reckless or willful conduct necessary to support an award of punitive damages.

In further support of this renewed motion, C&W relies upon the memorandum of law filed herewith (which is incorporated herein by reference), upon the testimony offered by the witnesses at trial, and upon the exhibits introduced into evidence at trial.

For the reasons set forth herein, and in the memorandum of law filed herewith, C&W respectfully requests that this Court enter judgment as a matter of law for C&W and against Plaintiff on all claims.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), C&W respectfully requests oral argument on this renewed motion for judgment as a matter of law.

Respectfully Submitted,

**CUSHMAN & WAKEFIELD, INC.,**

By its attorneys,

/s/ Benjamin M. McGovern
Robert R. Berluti, Esq. (BBO# 039960)
Edward F. Whitesell, Jr., Esq. (BBO# 644331)
Michael A. Bednarz, Esq. (BBO# 689047)
BERLUTI MCLAUGHLIN & KUTCHIN LLP
44 School Street, 9th Floor
Boston, MA 02108
Phone: 617-557-3030
Fax: 617-557-2939
rberluti@bmklegal.com
ewhitesell@bmklegal.com
mbednarz@bmklegal.com

Ralph T. Lepore, III, Esq. (BBO# 294420)
Benjamin M. McGovern, Esq. (BBO# 661611)
HOLLAND & KNIGHT LLP
10 Saint James Avenue, 11th Floor
Boston, MA 02116
Phone: 617-619-9210
Fax: 617-523-6850
ralph.lepore@hklaw.com
benjamin.mcgovern@hklaw.com

Date: May 25, 2017

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for defendant hereby certifies that he has conferred with plaintiff's counsel, who has indicated that plaintiff does not assent to the relief sought in this motion.

/s/ Edward F. Whitesell, Jr.
Edward F. Whitesell, Jr.

**CERTIFICATE OF SERVICE**

I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 25th day of May, 2017.

/s/ Benjamin M. McGovern
Benjamin M. McGovern

Dated: May 25, 2017