UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

YURY RINSKY,

Plaintiff,

v.

CUSHMAN & WAKEFIELD NATIONAL CORPORATION,

Defendant.

Civil Action No. 1:16-cv-10403-ADB

April 14, 2017
10:00 a.m.

Pages 592 to 597

TRANSCRIPT OF JURY TRIAL - DAY 5
BEFORE THE HONORABLE WILLIAM G. YOUNG
UNITED STATES DISTRICT COURT
JOHN J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MA 02210

JOAN M. DALY, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
1 Courthouse Way, Room 5204
Boston, MA 02210
joanmdaly62@gmail.com

APPEARANCES:

FOR THE PLAINTIFF:

JOHN W. DENNEHY
Dennehy Law
127 Main Street
Suite 1
Nashua, New Hampshire 03060
603.943.7633
johnwdennehy.com

MARK D. SZAL
Donovan Hatem, LLP
53 State Street
8th Floor
Boston, Massachusetts 02109
617.406.4500
mark@szallawgroup.com

FOR THE DEFENDANT:

ROBERT R. BERLUTI
EDWARD F. WHITESELL, JR.
Berluti McLaughlin & Kutchin, LLC
44 School Street
Boston, Massachusetts 02108
617.557.3030
rberluti@bmklegal.com
ewhitesell@bmklegal.com

P R O C E E D I N G S

(The following proceedings were held in open court before the Honorable William G. Young, United States District Judge, United States District Court, District of Massachusetts, at the John J. Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, on April 14, 2017, in the presence of the Jury.)

10:03:42 THE CLERK: All rise for the Jury.

10:03:42 (The Jury enters the courtroom.)

10:04:17 THE CLERK: Court is in session. Please be seated.

10:04:20 THE COURT: Good morning, ladies and gentlemen.

10:04:24 ALL JURORS: Good morning.

10:04:25 THE COURT: Thank you for all being here and being 10:04:27 here right on time to continue your deliberations. My name 10:04:31 is Bill Young. I'm one of Judge Burroughs' colleagues. And 10:04:35 it's my privilege to have you in my care during the remainder 10:04:38 of your deliberations.

10:04:40 I have one question to ask you on your oath as 10:04:44 jurors, and it's an important question. We'll let the record 10:04:47 reflect that the 12 deliberating jurors are present in the 10:04:51 courtroom. Since you recessed yesterday afternoon, have any 10:04:56 of you heard, read, seen anything at all about the substance 10:05:00 of this case? Have you talked with anyone concerning the 10:05:05 substance of this case? Has anyone approached you, said 10:05:09 anything to you, communicated with you about the substance of

this case?

ALL JURORS: No.

THE COURT: The Jury answers in the negative. You may retire and continue your deliberations.

THE CLERK: All rise for the Jury.

(Jury exits the courtroom.)

(Court recessed at 10:06 a.m.)

(The jury enters the courtroom at 11:58 a.m.)

THE CLERK: Court is now in session. Members of the Jury, please remain standing. All others please be seated. Madam Foreperson, has the Jury reached a unanimous verdict?

MADAM FOREPERSON: We have reached a unanimous verdict.

THE CLERK: Can you please hand it to the Court.

THE COURT: The verdict is in order. It may be recorded.

THE CLERK: Madam Foreperson, Members of the Jury, please listen to your verdict as it is read into the record.

"In civil action 16-10403, Rinsky versus Cushman & Wakefield, the verdict is as follows:

Question 1: Age discrimination. Did Yury Rinsky prove by a preponderance of the evidence that his age was a substantial factor in Cushman & Wakefield, Inc.'s decision to terminate him?

Answer: Yes.

Question 2: Disability discrimination. Did Yury Rinsky prove by a preponderance of the evidence that he had a disability? And if so, that such a disability was a substantial factor in Cushman & Wakefield, Inc.'s decision to terminate him?

Answer: No.

Question 3: Damages. What amount of money, if any, do you award Yury Rinsky as fair compensation for the following:

Back pay: $290,000.

Front pay: $135,000.

Emotional stress: Zero.

Punitive damages: $850,000.

Total: $1,275,000."

THE COURT: So say you, Madam Foreperson, that you agree with the verdict as it was just recorded for the record?

MADAM FOREPERSON: Yes, I do.

THE COURT: So say you, all Members of the Jury, that you agree with the verdict?

ALL JURORS: Yes.

THE COURT: Please be seated. Ladies and gentlemen, I want to thank you. I don't thank you in any way for your verdict. I don't know anything about this case

except generally when I met with Judge Burroughs yesterday. But I thank you most sincerely for the obvious care, the careful scrutiny that you have given to the evidence in this case. I know you deliberated yesterday. I know you've deliberated for most of the morning today. And I simply want to thank you for your decision in this case.

The case is now over. You have every right to say anything to anyone about anything. Nobody involved in the case will contact you in any way. It's forbidden by the rules of court. Everyone respects that. I'm not saying that the press or other people may not contact you. And because it's over, I can't charge you now, I can't instruct you, though I'd like to come back to the jury room for just a moment and thank you personally.

But in one respect, I do ask you, that's all I'm doing, but I do ask you, by your unanimous verdict you have spoken the truth about the disputed matters that came before you, under our system it's best that you not talk about what went on in the jury room. That's private to the twelve of you. Anything else, you have every right to say anything to anyone. Very well. We'll stand in recess.

THE CLERK: All rise for the Jury.

(Jury exits the courtroom.)

(Court adjourned at 12:05 p.m.)