**From:** Colin Reid
**Sent:** Sunday, May 17, 2015 8:25 PM
**To:** Andrew Hamilton
**Subject:** FW: Moving to Boston

Andrew,

I just saw this.

---

**From:** Yury Rinsky
**Sent:** Sunday, May 17, 2015 3:59 PM
**To:** Colin Reid
**Subject:** Moving to Boston

Colin,

As discussed I will be moving to Boston on 5/27/2015 for family reasons and need to take 4 personal days after Memorial Day (5/26 – 5/29).

I am confident that I can continue to work to the best of my ability remotely.  I look forward to sitting down with you and coming up with an arrangement that benefits all involved.

Thanks