Thu 5/14/2015 9:55 AM

Colin Reid

**Accepted: AS/400 Resourcing**

To Andrew Hamilton

When Tuesday, May 19, 2015 4:30 PM-5:00 PM (UTC-05:00) Eastern Time (US & Canada).

Location Midtown - WHQ; 7th Floor - East Wing; New Delhi

Received for Andrew Hamilton.
We couldn't find this meeting in the calendar. It may have been moved or deleted.
Colin Reid has accepted this meeting.

---

Colin,
Let's discuss the situation Yury has put us in with his home purchase in Boston.
On the flight up, could you think through the options and risks of replacing him (via contractor or permanent role) so we can evaluate all the pros and cons of keeping and replacing?
Thanks, Andrew