**From:** Colin Reid
**Sent:** Thursday, May 28, 2015 7:17 AM
**To:** EDDFELIX@aol.com
**Subject:** Re: Greetings

Edgardo,

I would like to speak with you today around lunch time or early afternoon. I can be available from 1:30pm on.
Let me know what works for you.

Thx.

Sent from my Verizon 4G LTE Smartphone

------ Original message------
**From:** EDDFELIX@aol.com
**Date:** Sat, May 23, 2015 8:31 PM
**To:** Colin Reid;
**Subject:**Re: Greetings

Hi Sir Colin, how are you? As we have discussed, attached herewith is my current resume for your perusal. Recently for the past five years I have been doing AS400 contracting works following my 5-year stint as a full-time Software Engineer for a software company based here in NJ. I have been doing design, analysis and programming on the AS400 using different flavors of RPG, free or fixed format, including RPG IV and ILE as well as IFS on the AS400.

Thanks again for contacting me about this opportunity and please let me know when its details and terms are finalized. I am very interested in this position.

Have a great long weekend.

Best regards,
Edgardo

In a message dated 5/21/2015 10:07:04 A.M. Eastern Daylight Time, Colin.Reid@cushwake.com writes:

> OK, pls call when you can. If I don't answer, it means I am in a meeting.
>
> Thx.
>
> ---
>
> **From:** Edd Felix [mailto:eddfelix@aol.com]
> **Sent:** Wednesday, May 20, 2015 11:49 PM
> **To:** Colin Reid
> **Subject:** Re: Greetings

Hi Sir, thanks for this opportunity again and I am very interested in this position. Actually, I will not be available on Tuesday, is it possible to meet you this weekend anytime, anywhere in the city when you're available at your convenience? I am out of the country right now and will try to call you anytime today after 9am.

Best regards,

Edgardo

On May 20, 2015, at 10:49 PM, Colin Reid <Colin.Reid@cushwake.com> wrote:

> I recently relocated to our Miami office, but I am in the NY office this week, and next. I would like to meet before I return to Florida on May 31.
>
> Can you come in and meet with me on Tuesday at 3pm? If this is not convenient, I am flexible.
>
> We recently announced a merger with another company and there will be a lot of IT work coming up. Please send me a copy of your resume.
>
> Our current address is: 1290 Ave of the Americas at 51st St, 7th flr.
>
> The best number to reach me is 917-696-0524.
>
> ---
>
> **From:** Edd Felix [mailto:eddfelix@aol.com]
> **Sent:** Wednesday, May 20, 2015 12:14 PM
> **To:** Colin Reid
> **Subject:** Re: Greetings
>
> Hi Sir Colin, thanks for contacting me again. I still am very interested, please let me know when it comes up soon. Yes, I have experience with IFS on the AS400.
>
> Thanks again and best regards.
>
> Edgardo

On May 20, 2015, at 5:02 PM, Colin Reid <Colin.Reid@cushwake.com> wrote:

Edgardo,

I hope you are keeping well. Something might be coming up soon, are you still interested?

Do you have any experience with the IFS feature on the AS/400?

Regards.

---

**From:** EDDFELIX@aol.com [mailto:EDDFELIX@aol.com]
**Sent:** Tuesday, April 14, 2015 1:18 PM
**To:** Colin Reid
**Subject:** Re: Greetings

Hi Sir Colin, how are you? I just want to keep in touch and to let you know that I'm still available for AS400 position, if anything comes up on your group and the budget gets approved.

Thanks again Sir and I appreciate your help. Regards to Yuri also.

Best,

Edgardo

In a message dated 2/6/2015 3:00:21 P.M. Eastern Daylight Time, Colin.Reid@cushwake.com writes:

> Hi Edgardo,
>
> Nothing yet. If anything comes up, I will let you know.

Regards,

**Colin H. Reid**

Managing Director

Sr IT Infrastructure Manager

T  +1 (212) 841-7845

M +1 (917) 696-0524

F  +1 (212) 479-1903

colin.reid@cushwake.com

<image001.png>

Cushman & Wakefield, Inc.

1290 Avenue of the Americas, New York, NY 10104

<image002.jpg>  <image002.jpg> <image004.png>

Driven! C&W's 2012/2013 Annual Review: now available online

---

**From:** EDDFELIX@aol.com [mailto:EDDFELIX@aol.com]
**Sent:** Friday, February 06, 2015 11:13 AM
**To:** Colin Reid
**Subject:** Re: Greetings

Hi Sir Colin, how are you?  Hope all's well and fine with you.

I just want to follow-up if you feel there's still hope that 2015 budget for AS400 will be approved.  I'm still actively looking for work around NYC/North Jersey area.

Thanks for your time again Sir and I appreciate all your help.  Regards to Yuri.

Best wishes,

Edgardo

In a message dated 12/31/2014 9:10:35 A.M. Eastern Standard Time, Colin.Reid@cushwake.com writes:

Edgardo,

Same to you. Best wishes for 2015!

As of now, they have not approved any budget for the AS400 in 2015. It looks unlikely.

**Colin H. Reid**

Managing Director

Sr IT Infrastructure Manager

T  +1 (212) 841-7845

M +1 (917) 696-0524

F  +1 (212) 479-1903

colin.reid@cushwake.com

<image001.png>

Cushman & Wakefield, Inc.

1290 Avenue of the Americas, New York, NY 10104

<image002.jpg> <image002.jpg> <image004.png>

Driven! C&W's 2012/2013 Annual Review: now available online

---

**From:** EDDFELIX@aol.com [mailto:EDDFELIX@aol.com]
**Sent:** Tuesday, December 30, 2014 7:34 PM
**To:** Colin Reid; Yury Rinsky
**Subject:** Greetings

Hi Colin and Yuri, a happy and prosperous new year to you and your family!

Cheers,

Edgardo

The information contained in this communication is confidential, may be privileged and is intended for the exclusive use of the above named addressee(s). If you are not the intended recipient(s), you are expressly prohibited from copying, distributing, disseminating, or in any other way using any information contained within this communication. If you have received this communication in error please contact the sender by telephone or by response via mail. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.