Appointment

| | |
|---|---|
| **From**: | Colin Reid [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AE8251919ACE498CAFAF885A195F3D8C-COLIN.REID@CUSHWAKE.COM] |
| **Sent**: | 5/22/2015 7:08:29 PM |
| **To**: | Andrew Hamilton [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f5e45c6ec50948769969eb42bff14e50-Andrew.Hamilton@cushwake.com] |
| **Subject**: | Accepted: Employee Transfer Issue |
| **Location**: | Midtown - WHQ; 7th Floor - East Wing; New Delhi |
| **Start**: | 5/27/2015 6:30:00 PM |
| **End**: | 5/27/2015 7:00:00 PM |
| **Show Time As**: | Busy |