Message

| | |
|---|---|
| **From**: | Andrew Hamilton [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F5E45C6EC50948769969EB42BFF14E50-ANDREW.HAMILTON@CUSHWAKE.COM] |
| **Sent**: | 5/27/2015 9:07:17 PM |
| **To**: | Leif Maiorini [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7207d05a55394c6689fb7cfd15a5c4c6-Leif.Maiorini@cushwake.com] |
| **CC**: | Colin Reid [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae8251919ace498cafaf885a195f3d8c-Colin.Reid@cushwake.com] |
| **Subject**: | Next Steps on AS/400 Support |

Leif,

Colin and I reviewed our options with Kat today. Here is what we would like to do:

1. Offer a 6-month extendable opportunity to the resource Colin has worked with previously. The individual working now (Trevor) has multiple clients, can only commit to 20 hours/week, and is uncomfortable working on-site. Cognizant lacks context.

2. Bring the new resource on in the next two weeks to begin KT. We believe we must retain Yury for about 9 weeks to cover critical Workday and MK work.

3. Brief Craig on the situation and prep him for the transfer paperwork from Kat.

4. Process the transfer EAF and take the DTZ review.

5. Assuming approval, execute the transfer officially.

6. Work with Kat as KT unfolds on the official exit (mitigating litigation risks).

Any concerns with this approach?

Regards, Andrew

Andrew Hamilton | Cushman & Wakefield
Managing Director | Enterprise Finance and HR Systems
917-224-0882