Message

| | |
|---|---|
| **From**: | Colin Reid [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AE8251919ACE498CAFAF885A195F3D8C-COLIN.REID@CUSHWAKE.COM] |
| **Sent**: | 6/2/2015 6:27:11 PM |
| **To**: | Yury Rinsky [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce36e599c3df438cafff903700d2deb5-Yury.Rinsky@cushwake.com]; Scott Sommer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=50f226fd32ca4be985a28c1e51f93caa-Scott Somme] |
| **CC**: | Andrew Hamilton [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f5e45c6ec50948769969eb42bff14e50-Andrew.Hamilton@cushwake.com] |
| **Subject**: | RE: Missed conversation with Scott Sommer |

Scott,
Pls wait until I am back in NY tomorrow. Yury might be getting new equipment for Boston, since I have an AS400 consultant sitting there next week.

Andrew,
Pls advise.

Thx.

**From:** Yury Rinsky
**Sent:** Tuesday, June 02, 2015 2:06 PM
**To:** Scott Sommer
**Cc:** Colin Reid
**Subject:** RE: Missed conversation with Scott Sommer

Scott,
I will need my desktop in a couple of weeks when I get a cubical in Boston office.

Thanks

**From:** Scott Sommer [mailto:Scott.Sommer@cushwake.com]
**Sent:** Tuesday, June 02, 2015 1:59 PM
**To:** Scott Sommer; Yury Rinsky
**Subject:** Missed conversation with Scott Sommer

scott.sommer@cushwake.com **[1:57 PM]:**
good afternoon, your desktop is still in NY, do you need it

Message

| | |
|---|---|
| **From**: | Scott Sommer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=50F226FD32CA4BE985A28C1E51F93CAA-SCOTT SOMME] |
| **Sent**: | 6/2/2015 6:32:53 PM |
| **To**: | Colin Reid [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae8251919ace498cafaf885a195f3d8c-Colin.Reid@cushwake.com]; Yury Rinsky [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce36e599c3df438cafff903700d2deb5-Yury.Rinsky@cushwake.com] |
| **CC**: | Andrew Hamilton [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f5e45c6ec50948769969eb42bff14e50-Andrew.Hamilton@cushwake.com] |
| **Subject**: | RE: Missed conversation with Scott Sommer |

ok

Scott Sommer
Global Information Technology
Office 212-713-6928
scott.sommer@cushwake.com
www.cushmanwakefield.com

**From:** Colin Reid
**Sent:** Tuesday, June 02, 2015 2:27 PM
**To:** Yury Rinsky; Scott Sommer
**Cc:** Andrew Hamilton
**Subject:** RE: Missed conversation with Scott Sommer

Scott,
Pls wait until I am back in NY tomorrow. Yury might be getting new equipment for Boston, since I have an AS400 consultant sitting there next week.

Andrew,
Pls advise.

Thx.

**From:** Yury Rinsky
**Sent:** Tuesday, June 02, 2015 2:06 PM
**To:** Scott Sommer
**Cc:** Colin Reid
**Subject:** RE: Missed conversation with Scott Sommer

Scott,
I will need my desktop in a couple of weeks when I get a cubical in Boston office.

Thanks

**From:** Scott Sommer [mailto:Scott.Sommer@cushwake.com]
**Sent:** Tuesday, June 02, 2015 1:59 PM
**To:** Scott Sommer; Yury Rinsky
**Subject:** Missed conversation with Scott Sommer

scott.sommer@cushwake.com **[1:57 PM]:**
good afternoon, your desktop is still in NY, do you need it