**To:** Katrina Hicks[Katrina.Hicks@cushwake.com]
**From:** Craig Cuyar
**Sent:** Thur 6/4/2015 10:20:50 AM
**Subject:** FW: Jay L

Kat,

FYI -- I spoke with Leif and here is the subsequent email trail. He should be reaching back out to you shortly.

Regards,

<Craig>

---

**From:** Leif Maiorini
**Sent:** Thursday, June 04, 2015 11:18 AM
**To:** Craig Cuyar
**Subject:** RE: Jay L

Agreed; I apologize that these took you by surprise. That was not intended.

I will work with Kat to make this happen.

Take care,

**Leif Maiorini**
Cushman & Wakefield, Inc.

T +1 (212) 698 2538
M +1 (609) 238 4767

Leif.Maiorini@cushwake.com | view my profile

CUSHMAN & WAKEFIELD

Cushman & Wakefield Inc.

---

**From:** Craig Cuyar
**Sent:** Thursday, June 4, 2015 11:10 AM
**To:** Leif Maiorini
**Subject:** RE: Jay L

Yes... I was aware of this one but not Yuri. With jay I would like you to address his compensation since he is moving to a much lower cost environment. With Yuri I would like for you to work with HR and follow the same precedent that was established when Steve Lipka had an employee move to Florida without our prior knowledge and approval.

Regards,

<Craig>

---

**From:** Leif Maiorini
**Sent:** Thursday, June 04, 2015 11:07 AM
**To:** Craig Cuyar
**Subject:** FW: Jay L

FYI

**Leif Maiorini**
Cushman & Wakefield, Inc.

T +1 (212) 698 2538
M +1 (609) 238 4767

Leif.Maiorini@cushwake.com | view my profile

CUSHMAN & WAKEFIELD

Cushman & Wakefield Inc.

---

**From:** Leif Maiorini
**Sent:** Tuesday, May 26, 2015 3:18 PM
**To:** Craig Cuyar
**Subject:** FW: Jay L

Jay Leiser's wife is taking a position in Florida and they will be relocating. Bill and I would like to have him work out of one of our Florida offices given his knowledge and skill set. Jay is an extremely talented and productive technical lead and developer. What do we need to do in order to keep him on board?

Take care,

**Leif Maiorini**
Cushman & Wakefield, Inc.

T +1 (212) 698 2538
M +1 (609) 238 4767

Leif.Maiorini@cushwake.com | view my profile

CUSHMAN & WAKEFIELD

Cushman & Wakefield Inc.

---

**From:** Katrina Hicks
**Sent:** Tuesday, May 26, 2015 2:47 PM
**To:** Bill Wolf
**Cc:** Leif Maiorini
**Subject:** RE: Jay L

Hi Bill,

Has this been approved by Craig? Is so, if there are any comp changes, as of last week, all internal transfers have to also be approved by DTZ.

Leif – Did you connect with Craig?

Thanks,
Kat

**Katrina Hicks**
Human Resources Manager
U.S. Human Resources

Tel: +1 (212) 713-6735
Cell: +1 (347) 260-4081
Fax: +1 (212) 845-6644
D 336735

Katrina.hicks@cushwake.com

CUSHMAN & WAKEFIELD

Cushman & Wakefield, Inc.

1290 Avenue of the Americas New York, NY 10104

EUROMONEY REAL ESTATE AWARDS 2014

---

**From:** Bill Wolf
**Sent:** Tuesday, May 26, 2015 2:41 PM
**To:** Katrina Hicks
**Cc:** Leif Maiorini
**Subject:** RE: Jay L

Katrina, any progress with this? Where do I start?

Thx

---

**From:** Bill Wolf
**Sent:** Monday, May 18, 2015 12:12 PM
**To:** Katrina Hicks
**Subject:** RE: Jay L

No, he'd pay his own move. Leif would have to talk with Craig. But Leif seems to be approving it at least.

The developer is fantastic. So I want to keep him. I don't see his role or title changing. Comp isn't up to me.

Thx

---

**From:** Katrina Hicks
**Sent:** Monday, May 18, 2015 12:04 PM
**To:** Bill Wolf
**Subject:** RE: Jay L

Hi Bill,

Has Craig approved? Will C&W covering any cost associated to his move? Will his role/title/status/comp change? If so, I will need those details and an email approval from Craig before moving forward.

I will then work the HRCs in FL and NY to make sure there is space to get him set up in FL.

Thanks,
Kat

---

**From:** Bill Wolf
**Sent:** Monday, May 18, 2015 11:56 AM
**To:** Katrina Hicks
**Subject:** FW: Jay L

Katrina, I have an employee who intends to relocate to Florida. What is the process for making this happen so he can stay with us and work from there?

Thx!!

---

**From:** Leif Maiorini
**Sent:** Monday, May 18, 2015 10:49 AM

**To:** Bill Wolf
**Subject:** RE: Jay L

Start the process with HR, there are a lot of details that need to be worked out to transfer him to a C&W Florida office.

I have no issue keeping him on; however, we need to discuss his role going forward and his ability to manage the team remotely. I am already experiencing issues with others that have made similar transitions. We may need to modify his role.

We need to quickly fill our open positions as well.

Take care,


**Leif Maiorini**
Cushman & Wakefield, Inc.

T +1 (212) 698 2538
M +1 (609) 238 4767

Leif.Maiorini@cushwake.com | view my profile

Cushman & Wakefield Inc.


---

**From:** Bill Wolf
**Sent:** Monday, May 18, 2015 10:34 AM
**To:** Leif Maiorini
**Subject:** RE: Jay L

FYI, this is going to happen.

Jay works very well virtually in my opinion. And I imagine there's much that will change down the road. I don't have a problem with this myself. Let me know what you'd like to do.

---

**From:** Leif Maiorini
**Sent:** Tuesday, May 12, 2015 12:01 PM
**To:** Bill Wolf
**Subject:** RE: Jay L

OK, let's find some time to discuss it tomorrow as I am not quite sure how I feel about it. I really like Jay but there is value having him here and interacting directly and personally with his Cognizant counterparts.

Take care,


**Leif Maiorini**
Cushman & Wakefield, Inc.

T +1 (212) 698 2538
M +1 (609) 238 4767

Leif.Maiorini@cushwake.com | view my profile

Cushman & Wakefield Inc.


---

**From:** Bill Wolf
**Sent:** Tuesday, May 12, 2015 11:57 AM
**To:** Leif Maiorini

**Subject:** RE: Jay L

Yes, a small one.   But it seems like Boca would be an option too.   He could also work at home once or twice a week as he does now anyway.

**From:** Leif Maiorini
**Sent:** Tuesday, May 12, 2015 10:33 AM
**To:** Bill Wolf
**Subject:** RE: Jay L

Do we have an office in West Palm?

Take care,

**Leif Maiorini**
Cushman & Wakefield, Inc.

T +1 (212) 698 2538
M +1 (609) 238 4767

Leif.Maiorini@cushwake.com | view my profile

CUSHMAN & WAKEFIELD

Cushman & Wakefield Inc.

**From:** Bill Wolf
**Sent:** Tuesday, May 12, 2015 10:19 AM
**To:** Leif Maiorini
**Subject:** Jay L
**Importance:** High

Leif, Jay just called me – his wife has an opportunity to start a dental office in West Palm Beach, Florida, where they have a second home. He wants to sell his home here and move down there. It sounds like they're pretty far along in this and that it will happen. They're going into contract on their home already.

Do we have any flexibility to accommodate him working from there?   I know we did this for Colin and that's a different situation. Just want to see. I'd really like to keep Jay and rarely see him anyway.   And he says he really wants to stay with Cushman.

He's definitely a super solid developer for us.   But I just wanted to find out first what you think our options are.

Thx

**Bill Wolf**
Managing Director, Global Service Design
Information Technologies

T +1 (212) 713 6770
M +1 (646) 732 0899
F +1 (212) 479 8350
C&W IT Help Desk 866 427 4485
bill.wolf@cushwake.com

CUSHMAN & WAKEFIELD

Cushman & Wakefield
1290 Avenue of the Americas, New York, NY 10104