# United States Court of Appeals
## For the First Circuit

No. 18-1302

YURY RINSKY,

Plaintiff, Appellee,

v.

CUSHMAN & WAKEFIELD, INC.,

Defendant, Appellant.

**JUDGMENT**

Entered: March 8, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Benjamin M. McGovern
Edward F. Whitesell Jr.
Ralph T. Lepore
Robert R. Berluti
Sawnie A. McEntire
Paula Danielle Taylor
John William Dennehy
Mark D. Szal