UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YURY RINSKY, | ) |
|     Plaintiff, | ) |
| v. | ) C.A. No. 16-10403 |
| CUSHMAN & WAKEFIELD, INC. | ) |
|     Defendant. | ) |

### SATISFACTION OF JUDGMENT

WHEREAS, on April 27, 2017, a judgment was recovered by plaintiff, Yury Rinsky, against defendant, Cushman & Wakefield, Inc., in the captioned action for the sum of $1,275,000.00 (the "Judgment");

WHEREAS, by order dated September 5, 2018, this Court awarded Rinsky the sum of $279,365 in attorneys' fees, $6,642.77 in costs, and interest on the back pay portion of the Judgment at a rate of nine percent per annum from May 27, 2016 through April 27, 2017 (the "Award");

WHEREAS, said Judgment and Award have been fully paid.

THEREFORE, satisfaction of the said Judgment and Award is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

Dated at Boston, Massachusetts this 17th day of January, 2020.

                                                Respectfully Submitted,

**CUSHMAN & WAKEFIELD, INC.,**

By its attorneys,

/s/ Benjamin M. McGovern
Ralph T. Lepore, III, Esq. (BBO# 294420)
Benjamin M. McGovern, Esq. (BBO# 661611)
HOLLAND & KNIGHT LLP
10 Saint James Avenue, 11th Floor
Boston, MA 02116
Phone: 617-619-9210
Fax: 617-523-6850
ralph.lepore@hklaw.com
benjamin.mcgovern@hklaw.com

## **CERTIFICATE OF SERVICE**

I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 17th of January, 2020.

/s/ Benjamin M. McGovern
Benjamin M. McGovern

Dated: January 17, 2020