# United States Court of Appeals
## For the First Circuit

No. 18-1977

YURY RINSKY

Plaintiff - Appellee

v.

CUSHMAN & WAKEFIELD, INC.

Defendant - Appellant

**JUDGMENT**

Entered: January 28, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Benjamin M. McGovern
Edward F. Whitesell, Jr.
John William Dennehy
Ralph T. Lepore
Robert R. Berluti
Mark D. Szal
Sawnie A. McEntire
Paula Danielle Taylor